# EXHIBIT C



United States Department of State

Washington, D.C. 20520

JUL 2 4 2017

Dear Requester,

RE: <u>Visa Applicant Vetting Policies and Procedures</u>

This is in response to your request dated  07/20/2017 , which was received on  07/20/2017 . We have assigned Case Control Number  F-2017-13846  and will begin the processing of your request based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

After consideration of your request for expedited processing under the Department's rules governing Freedom of Information Act requests, we have determined that your request does warrant expedited processing.

We have considered your request for a fee waiver. Based upon the information provided in your letter, your request for a fee waiver has been granted; therefore, your request will be processed at no charge to you.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you want to contact us, you may call our FOIA Requester Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

---

Office of Information Programs and Services
U.S. Department of State, SA-2
Washington, DC 20522-8100
Website: www.foia.state.gov

Inquiries:
Phone: 1-202-261-8484
FAX: 1-202-261-8579
E-mail: FOIAStatus@state.gov

UNITED STATES DEPARTMENT OF STATE
WASHINGTON, D.C. 20520

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300
A/GIS/IPS/RL/RC,SA-2

AN EQUAL OPPORTUNITY EMPLOYER

U.S. OFFICIAL MAIL US POSTAGE
PENALTY FOR
PRIVATE USE
$300
$000.46⁹
ONMAS
07/27/2017
034A 0081800171
First-Class
ZIP 20520

Kurt Wimmer
Covington + Burling LLP
1 City Ctr
850 10th Street NW
Washington, DC 20001

582-2

Case 1:17-cv-07520-PGG   Document 1-3   Filed 10/02/17   Page 4 of 4

