IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 17 Civ. 7520 (PGG) |

**NOTICE OF MOTION**
**TO EXPEDITE FREEDOM OF INFORMATION ACT ("FOIA") ACTION**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1657 and upon the attached memorandum of law and accompanying Declaration of Jaclyn E. Martínez Resly, both dated November 30, 2017, Plaintiff Brennan Center for Justice at New York University School of Law respectfully moves this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York, as soon as counsel may be heard, for an order expediting this Freedom of Information Act ("FOIA") action.

Specifically, for the reasons set forth in the accompanying papers, Plaintiff seeks an order setting a near-term production deadline of non-exempt, and reasonably segregable non-exempt portions, of records at issue in this litigation along with corresponding justifications for withheld records and withheld portions of such records.

Dated: New York, New York
       November 30, 2017

Respectfully submitted,

 s/ Neil K. Roman
   Neil K. Roman

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
nroman@cov.com

Mark H. Lynch[i]
Jaclyn E. Martínez Resly[i]
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001-4956
(202) 662-6000
mlynch@cov.com
jmartinezresly@cov.com

Johnathan Smith
Sirine Shebaya[ii]
MUSLIM ADVOCATES
P.O. Box 66408
Washington, DC 20035
(202) 897-1897
johnathan@muslimadvocates.org
sirine@muslimadvocates.org

Richard B. Katskee[i]
Eric Rothschild[i]
Andrew L. Nellis[i,*]
AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE
1310 L St. NW, Suite 200
Washington, DC 20005
(202) 466-3234
katskee@au.org
rothschild@au.org
nellis@au.org

[i] *Admitted pro hac vice*
[ii] *Admission pending*
[*] *Admitted in New York. Supervised by Richard B. Katskee, a member of the D.C. Bar.*

*Attorneys for Plaintiff Brennan Center for Justice at New York University School of Law*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, in accordance with Judge Gardephe's individual rules of practice for civil cases, I served the foregoing document and its attachments on the following counsel by email and overnight Federal Express:

Christopher Connolly
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
christopher.connolly@usdoj.gov

By: _____
Jaclyn E. Martínez Resly