*Brennan Center for Justice v. U.S. Department of State*, No. 17 Civ. 7520 (PGG)
*Vaughn* Index
**February 9, 2018**

| State Department Identifier | Document Description | Date | Pages | Withheld in Full | Withheld in Part |
|---|---|---|---|---|---|
| C06476508, C06476510 | Report from the Department of Homeland Security ("DHS") to the President, entitled "20-day Report to the President on Section 2(b) of Executive Order 13780: Protecting the Nation from Foreign Terrorist Entry in the United States" (the "Report") | July 9, 2017 | 20 | Exemption (b)(5), presidential communications privilege | Exemption (b)(5), deliberative process privilege<br><br>Exemption (b)(6)<br><br>Exemption (b)(7)(C)<br><br>Exemption (b)(7)(E) |
| C06476513 | Attachment A to the Report from DHS to the President, re: assessment of certain countries' information-sharing capabilities | July 9, 2017 | 3 | Exemption (b)(5), presidential communications privilege | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(c), 1.4(d)<br><br>Exemption (b)(3), 50 U.S.C. § 3024(i)(1)<br><br>Exemption (b)(5), deliberative process privilege<br><br>Exemption (b)(6)<br><br>Exemption (b)(7)(C)<br><br>Exemption (b)(7)(E) |

| C06576515 | Attachment B to the Report from DHS to the President, re: methodology used to assess countries' information-sharing capabilities | July 9, 2017 | 5 | Exemption (b)(5), presidential communications privilege | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(c), 1.4(d)<br><br>Exemption (b)(3), 50 U.S.C. § 3024(i)(1)<br><br>Exemption (b)(5), deliberative process privilege<br><br>Exemption (b)(6)<br><br>Exemption (b)(7)(C)<br><br>Exemption (b)(7)(E) |
| --- | --- | --- | --- | --- | --- |
| C06576519 | Memorandum from the Acting Secretary of DHS to the President regarding Section 2(e) of Executive Order 13780 (the "Memorandum") | September 15, 2017 | 16 | Exemption (b)(5), presidential communications privilege | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(c), 1.4(d)<br><br>Exemption (b)(3), 50 U.S.C. § 3024(i)(1)<br><br>Exemption (b)(5), deliberative process privilege<br><br>Exemption (b)(6)<br><br>Exemption (b)(7)(C)<br><br>Exemption (b)(7)(E) |

| C06476523 | Attachment A to the Memorandum, from the Acting Secretary of the DHS to the President, re: assessment of countries' information-sharing capabilities and vetting procedures | September 14, 2017 | 1 | Exemption (b)(5), presidential communications privilege | Exemption (b)(5), deliberative process privilege  Exemption (b)(6)  Exemption (b)(7)(C)  Exemption (b)(7)(E) |