*Brennan Center for Justice v. U.S. Department of State*, No. 17 Civ. 7520 (PGG)
**Revised *Vaughn* Index**
**May 14, 2018**

| State Department Identifier | Document Description | Date | Pages | Withheld in Full | Withheld in Part |
|---|---|---|---|---|---|
| C06476508, C06476510 | Report from the Department of Homeland Security ("DHS") to the President, entitled "20-day Report to the President on Section 2(b) of Executive Order 13780: Protecting the Nation from Foreign Terrorist Entry in the United States" (the "Report") | July 9, 2017 | 20 | Exemption (b)(5), presidential communications privilege (DHS) | Exemption (b)(5), deliberative process privilege (DHS)<br><br>Exemption (b)(7)(E) (FBI) |
| C06476513 | Attachment A to the Report from DHS to the President, re: assessment of certain countries' information-sharing capabilities | July 9, 2017 | 3 | Exemption (b)(5), presidential communications privilege (DHS) | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(d) (DHS, State)<br><br>Exemption (b)(5), deliberative process privilege (DHS)<br><br>Exemption (b)(7)(E) (DHS) |
| C06576515 | Attachment B to the Report from DHS to the President, re: methodology used to assess countries' information-sharing capabilities | July 9, 2017 | 5 | Exemption (b)(5), presidential communications privilege (DHS) | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(d) (DHS)<br><br>Exemption (b)(5), deliberative process privilege (DHS)<br><br>Exemption (b)(7)(E) (State, FBI) |

| | | | | | |
|---|---|---|---|---|---|
| C06576519 | Memorandum from the Acting Secretary of DHS to the President regarding Section 2(e) of Executive Order 13780 (the "Memorandum") | September 15, 2017 | 16 | Exemption (b)(5), presidential communications privilege (DHS) | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(d) (DHS, State)<br><br>Exemption (b)(5), deliberative process privilege (DHS)<br><br>Exemption (b)(7)(E) (DHS) |
| C06476523 | Attachment A to the Memorandum, from the Acting Secretary of the DHS to the President, re: assessment of countries' information-sharing capabilities and vetting procedures | September 14, 2017 | 1 | Exemption (b)(5), presidential communications privilege (DHS) | Exemption (b)(1), Executive Order 13526 sections 1.4(b), 1.4(d) (DHS)<br><br>Exemption (b)(5), deliberative process privilege (DHS)<br><br>Exemption (b)(7)(E) (DHS) |