**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,<br><br>                    Plaintiff,<br><br>        -v.-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                    Defendant. | Case No. 17 Civ. 7520 (PGG)<br><br>**NOTICE OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the Declaration of Ishita Kala and attached exhibits, Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the accompanying memorandum of law, and all prior pleadings and proceedings herein, Plaintiff Brennan Center for Justice at New York University School of Law respectfully moves this Court, before the Honorable Paul G. Gardephe, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York, as soon as counsel may be heard, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting partial summary judgment in favor of Plaintiff and against Defendant United States Department of State and specifically (i) ordering Defendant to remedy its inadequate search, (ii) denying Defendant's Exemption 5 claims, (iii) ordering Defendant to supplement its declarations with respect to Exemptions 1 and 7(E), and (iv) ordering Defendant to release all reasonably segregable portions of the responsive records.

Dated: New York, New York
July 9, 2018

Respectfully submitted,

 s/ Neil K. Roman
    Neil K. Roman

<div style="display: flex;">

Neil K. Roman
Ishita Kala
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
nroman@cov.com
ikala@cov.com

Mark H. Lynch[i]
Jaclyn E. Martínez Resly[i]
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001-4956
(202) 662-6000
mlynch@cov.com
jmartinezresly@cov.com

Johnathan Smith
Sirine Shebaya
MUSLIM ADVOCATES
P.O. Box 66408
Washington, DC 20035
(202) 897-1897
johnathan@muslimadvocates.org
sirine@muslimadvocates.org

Richard B. Katskee[i]
Eric Rothschild[i]
Andrew L. Nellis[i]
AMERICANS UNITED FOR SEPARATION
OF CHURCH AND STATE
1310 L St. NW, Suite 200
Washington, DC 20005
(202) 466-3234
katskee@au.org
rothschild@au.org
nellis@au.org

</div>

[i] *Admitted pro hac vice*

*Attorneys for Plaintiff Brennan Center for Justice at New York University School of Law*