UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,<br><br>                Plaintiff,<br><br>  -v.-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                Defendant. | Case No. 17 Civ. 7520 (PGG) |

### APPENDIX OF EXHIBITS IN SUPPORT OF
### PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit | | Description |
|---|---|---|
| A | | Declaration of Ishita Kala |
| | 1 | Letter from Geoffrey S. Berman, U.S. Att'y for the S.D.N.Y., to Neil Keith Roman, Counsel for FOIA Requesters (Feb. 9, 2018) (on file with recipient) |
| | 2 | *Vaughn* Index, Enclosure to Letter from Geoffrey S. Berman, U.S. Att'y for the S.D.N.Y., to Neil Keith Roman, Counsel for FOIA Requesters (Feb. 9, 2018) (on file with recipient) |
| | 3 | Vaughn Hillyard, *Donald Trump's Plan for a Muslim Database Draws Comparison to Nazi Germany*, NBC News (Nov. 20, 2015), https://www.nbcnews.com/politics/2016-election/trump-says-he-would-certainly-implement-muslim-database-n466716 |
| | 4 | Press Release, Donald J. Trump for President, Donald J. Trump Statement on Preventing Muslim Immigration (Dec. 7, 2015), http://www.donaldjtrump.com/press-releases/donald-j.-trump-statement-on-preventing-muslim-immigration [https://web.archive.org/web/20151207230751/http://www.donaldjtrump.com/press-releases/donald-j.-trump-statement-on-preventing-muslim-immigration] |
| | 5 | *Hardball with Chris Matthews* (MSNBC television broadcast Dec. 8, 2015) (transcript available at http://www.msnbc.com/transcripts/hardball/2015-12-08) |
| | 6 | *Anderson Cooper 360°* (CNN television broadcast Mar. 9, 2016) (transcript available at http://www.cnn.com/TRANSCRIPTS/1603/09/acd.01.html) |
| | 7 | The American Presidency Project, Transcript of Presidential Debate at Washington Univ. in St. Louis, Oct. 9, 2016 (Gerhard Peters & John T. Woolley, eds.), http://www.presidency.ucsb.edu/ws/index.php?pid=119038 |
| | 8 | Exec. Order No. 13,769, 82 Fed. Reg. 8977 (Jan. 27, 2017) |

| Exhibit | Description |
|---|---|
| 9 | Rebecca Savransky, *Giuliani: Trump Asked Me How To Do a Muslim Ban 'Legally'*, The Hill (Jan. 29, 2017), http://thehill.com/homenews/administration/316726-giuliani-trump-asked-me-how-to-do-a-muslim-ban-legally |
| 10 | Michael D. Shear & Ron Nixon, *How Trump's Rush to Enact an Immigration Ban Unleashed Global Chaos*, N.Y. Times (Jan. 29, 2017), https://www.nytimes.com/2017/01/29/us/politics/donald-trump-rush-immigration-order-chaos.html |
| 11 | Anjali Singhvi & Alicia Parlapiano, *Ban: Who Is Barred and Who Is Not*, N.Y. Times (Feb. 3, 2017), https://www.nytimes.com/interactive/2017/01/31/us/politics/trump-immigration-ban-groups.html |
| 12 | Exec. Order No. 13,780, 82 Fed. Reg. 13,209 (Mar. 9, 2017) |
| 13 | Federation of American Scientists, *Citizenship Likely an Unreliable Indicator of Terrorist Threat to the United States* (2017), https://fas.org/irp/eprint/dhs-7countries.pdf (prepared at the request of the Acting Under Secretary for Intelligence and Analysis, U.S. Dep't of Homeland Security) |
| 14 | Proclamation No. 9723, 83 Fed. Reg. 15937 (Apr. 10, 2018) |
| 15 | Harsha Panduranga, et al., *Extreme Vetting & the Muslim Ban*, Brennan Ctr. for J. (2017), https://www.brennancenter.org/sites/default/files/publications/extreme_vetting_full_10.2.pdf |
| 16 | Transcript of Oral Argument, *Trump v. Hawaii*, 138 S. Ct. 923 (2018) (No. 17-965), https://www.supremecourt.gov/opinions/17pdf/17-965_h315.pdf |
| 17 | Fact Sheets: Proclamation on Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats, White House (Sept. 24, 2017), https://www.whitehouse.gov/briefings-statements/fact-sheet-proclamation-enhancing-vetting-capabilities-processes-detecting-attempted-entry-united-states-terrorists-public-safety-threats/ |
| 18 | Fact Sheets: President Donald J. Trump Strengthens Security Standards for Traveling to America, White House (Sept. 24, 2017), https://www.whitehouse.gov/briefings-statements/president-donald-j-trump-strengthens-security-standards-traveling-america/ |
| 19 | FAQ: Proclamation on Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats, White House (Sept. 24, 2017), https://www.whitehouse.gov/briefings-statements/faq-proclamation-enhancing-vetting-capabilities-processes-detecting-attempted-entry-united-states-terrorists-public-safety-threats/ |
| 20 | President Donald J. Trump Announces Enhanced Security Measures, White House (Sept. 24, 2017), https://www.whitehouse.gov/briefings-statements/president-donald-j-trump-announces-enhanced-national-security-measures/ |

| Exhibit | Description |
|---|---|
| 21 | Press Briefing, U.S. Dep't of State (Sept. 26, 2017) https://www.state.gov/r/pa/prs/dpb/2017/09/274443.htm |
| 22 | Appl. (17A560) for Stay Pending Appeal at 5, *Trump v. Int'l Refugee Assistance Proj.*, No. 8:17-cv-00361-TDC (S. Ct. Nov. 21, 2017) |
| 23 | Oral Argument, *Int'l Refugee Assistance Proj. v. Trump*, 857 F.3d 554 (2017) (No. 17-1351), https://www.c-span.org/video/?437105-1/fourth-circuit-hears-oral-argument-revised-travel-ban-audio |
| 24 | Elizabeth Culliford, *Exclusive: U.S. Demands Nations Provide More Traveler Data or Face Sanctions*, Reuters (July 13, 2017), http://live.reuters.com/Event/Live_US_Politics/1012197528 |
| 25 | David Brody, *Brody File Exclusive: President Trump Says Persecuted Christians Will Be Given Priority As Refugees*, CBN News (Jan. 27, 2017), http://www1.cbn.com/thebrodyfile/archive/2017/01/27/brody-file-exclusive-president-trump-says-persecuted-christians-will-be-given-priority-as-refugees |
| 26 | Donald Trump (@realDonaldTrump), Twitter (June 5, 2017, 3:29 AM), https://twitter.com/realdonaldtrump/status/871675245043888128?lang=en |
| 27 | *CNN Tonight* (CNN television broadcast Mar. 15, 2017) (transcript available at http://transcripts.cnn.com/TRANSCRIPTS/1703/15/cnnt.02.html) |
| 28 | Br. for Pet'r., *Trump v. Hawaii*, No. 17-965 (U.S. Feb. 2018) https://www.supremecourt.gov/DocketPDF/17/17-965/36179/20180221201616615_17-965tsUnitedStates.pdf |
| 29 | Reply Br. for Pet'r., *Trump v. Hawaii*, No. 17-965 (U.S. Jan. 2018) https://www.supremecourt.gov/DocketPDF/17/17-965/27843/20180116122242163_17-965%20Trump%20v.%20Hawaii.pdf |