# Exhibit 16

# SUPREME COURT
# OF THE UNITED STATES

IN THE SUPREME COURT OF THE UNITED STATES

- - - - - - - - - - - - - - - - - - - -

DONALD J. TRUMP, PRESIDENT OF THE  )

UNITED STATES, ET AL.,             )

       Petitioners,          )

      v.                    ) No. 17-965

HAWAII, ET AL.,                    )

       Respondents.          )

-----------------------------------

Pages:  1 through 82

Place:  Washington, D.C.

Date:   April 25, 2018

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 206
Washington, D.C.  20005
(202) 628-4888
www.hrccourtreporters.com

Official

1

```
 1      IN THE SUPREME COURT OF THE UNITED STATES

 2   - - - - - - - - - - - - - - - - - - -

 3   DONALD J. TRUMP, PRESIDENT OF THE   )

 4   UNITED STATES, ET AL.,              )

 5              Petitioners,             )

 6              v.                       ) No. 17-965

 7   HAWAII, ET AL.,                     )

 8              Respondents.             )

 9   -----------------------------------

10

11                 Washington, D.C.

12            Wednesday, April 25, 2018

13

14       The above-entitled matter came on for oral

15   argument before the Supreme Court of the United

16   States at 10:02 a.m.

17

18   APPEARANCES:

19   GEN. NOEL J. FRANCISCO, Solicitor General,

20       Department of Justice, Washington, D.C.;

21       on behalf of the Petitioners.

22   NEAL K. KATYAL, ESQ., Washington, D.C.; on behalf

23       of the Respondents.

24

25
```

```
 1                  C O N T E N T S

 2    ORAL ARGUMENT OF:                      PAGE:

 3    GEN. NOEL J. FRANCISCO

 4         On behalf of the Petitioners        3

 5    ORAL ARGUMENT OF:

 6    NEAL K. KATYAL, ESQ.

 7         On behalf of Respondents           38

 8    REBUTTAL ARGUMENT OF:

 9    GEN. NOEL J. FRANCISCO

10         On behalf of Petitioners           75

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S
 2                                   (10:02 a.m.)
 3              CHIEF JUSTICE ROBERTS:  We'll hear
 4    argument today in Case 17-965, Trump, President
 5    of the -- Donald Trump, President of the United
 6    States, versus Hawaii.
 7              Mr. Francisco.
 8       ORAL ARGUMENT OF GENERAL NOEL J. FRANCISCO
 9              ON BEHALF OF THE PETITIONERS
10              GENERAL FRANCISCO:  Mr. Chief Justice,
11    and may it please the Court:
12              After a worldwide multi-agency review,
13    the President's acting Homeland Security
14    Secretary recommended that he adopt entry
15    restrictions on countries that failed to
16    provide the minimum baseline of information
17    needed to vet their nationals.
18              The proclamation adopts those
19    recommendations.  It omits the vast majority of
20    the world, including the vast majority of the
21    Muslim world, because they met the baseline.
22    It now applies to only seven countries that
23    fall below that baseline or had other problems,
24    and it exerts diplomatic pressure on those
25    countries to provide the needed information and
```

4

1    to protect the country until they do.

2         The proclamation reflects a foreign

3    policy and national security judgment that

4    falls well within the President's power under

5    1182(f) and has been successful, which is why

6    the country of Chad was recently dropped from

7    the list.  But it --

8         JUSTICE GINSBURG:  You -- you

9    mentioned 1182(f).  And the worrisome thing

10   about this is that the President acts; Congress

11   is the one responsible for making the laws

12   about immigration.  It has been suggested in

13   one of the briefs that we read 1182(f) to allow

14   the President to suspend entry but only for a

15   period of time long enough for Congress to say

16   yea or nay.

17        GENERAL FRANCISCO:  Your Honor, yes,

18   1182(f) is a broad and flexible power in a

19   narrow area.  Here, however, I think that you

20   don't need to explore those outer limits

21   because the proclamation's meant to help

22   implement the INA by making sure that we have

23   the minimum level of information needed to

24   determine if aliens are admissible under the

25   INA.

1          In terms of a time limit, I think

2    that's simply inconsistent with the text of the

3    statute and inconsistent with virtually every

4    1182(f) proclamation ever issued.  Here, we

5    have a fair --

6          JUSTICE SOTOMAYOR:  I'm sorry, Mr. --

7    General.  I thought that Congress had looked at

8    the situation and created a statutory system

9    that addressed the very concern the President

10   is expressing.  Congress said you can have visa

11   waivers if you -- if you can meet the three

12   criteria that this special committee of the

13   President looked at, and if you don't, you have

14   to have a very heightened, extreme vetting

15   process.  And it created that vetting process

16   and suggested its parameters.

17          More importantly, it took terrorist

18   countries and designated which ones supported

19   terrorism and added another layer of review and

20   said, if you're a national from one of those

21   countries or you have visited one of those

22   countries in the recent past, you also have to

23   get the permission of the Attorney General and

24   the Secretary of State to -- to affirm that you

25   are not a danger to the U.S.

```
 1                    GENERAL FRANCISCO:  And --
 2                    JUSTICE SOTOMAYOR:  So I -- but what I
 3     see the President doing here is saying, I'm
 4     going to add more to the limits that Congress
 5     set --
 6                    GENERAL FRANCISCO:  Right.
 7                    JUSTICE SOTOMAYOR:  -- and to what
 8     Congress said was enough.  Where does a
 9     President get the authority to do more than
10     Congress has already decided is adequate?
11                    GENERAL FRANCISCO:  Well, there are --
12     there's a lot packed into your question, Your
13     Honor, and so let me try to unpack it a little
14     bit.
15                    I think the basic answer is that
16     1182(f) gives the President the authority to
17     impose restrictions in addition to those set
18     forth in the INA, but to go to the statutes
19     that Your Honor was --
20                    JUSTICE SOTOMAYOR:  But -- it might,
21     but --
22                    GENERAL FRANCISCO:  Right, but --
23                    JUSTICE SOTOMAYOR:  -- on the very
24     grounds that Congress has already looked at?
25                    GENERAL FRANCISCO:  And that's exactly
```

1    what I was going to address next, Your Honor.

2    The Visa Waiver Program provides a special

3    benefit to our closest allies and some of the

4    safest countries in the world.  Neither the

5    Visa Waiver Program nor any of the other

6    statutes that they cite addresses whether we

7    get the minimum level of information needed to

8    determine the admissibility of individuals

9    coming in from some of the riskiest countries

10   in the world.

11         And 1182(f) then does give the

12   President the authority to supplement that

13   vetting system.  After all, the whole vetting

14   system is essentially determined by the

15   executive branch.  It's up to the executive

16   branch to set it up.  It's up to the executive

17   branch to maintain it.  And it's up to the

18   executive branch to constantly improve it.

19         And, here, you have something that

20   really is at the core of 1182(f) since its main

21   purpose is to help implement the INA by making

22   sure we have that minimum baseline of

23   information.

24         And if you look at the proclamation,

25   what we're talking about is very basic pieces

1    of information.  Not the ideal, but the

2    minimum.  Are they reporting terrorism history

3    information?  Are they reporting criminal

4    history?  Do they cooperate with us on a

5    real-time basis?

6           And I could give you an example to

7    help illustrate how this works.  Suppose that

8    Jane Doe shows up at our border with a valid

9    visa, but after that visa was issued, pursuant

10   to the entire process, Your Honor, that you

11   described, her home country learns that she is

12   associated with a terrorist organization but

13   doesn't tell us.

14          Once she shows up at the border, we

15   cannot make an intelligent determination as to

16   whether or not she's admissible under the INA.

17   And that's what this proclamation really does

18   go to:  Making sure we have that minimum

19   baseline of information needed to determine

20   admissibility.

21          And so the proclamation really does

22   reflect a -- it is different than past

23   proclamations, but it is typical in the sense

24   that it seeks to identify harmful conduct that

25   a foreign government is engaging in, and then

```
 1     it imposes sanctions in order to pressure that
 2     government to change.
 3             That's what President Carter did with
 4     respect to Iran, what President Reagan did with
 5     respect to Cuba.  Here, the harmful conduct is
 6     the failure to provide us with that minimum
 7     baseline of information.
 8             JUSTICE SOTOMAYOR:  Can you represent
 9     that no other country that -- that fails all
10     three of the criteria was excluded from this
11     list?
12             GENERAL FRANCISCO:  Well, Your Honor,
13     what I can represent is that the -- the -- the
14     analysis was holistic.  It wasn't if you failed
15     any one or the others.  It was if your overall
16     score was sufficiently low.
17             JUSTICE SOTOMAYOR:  So given --
18             GENERAL FRANCISCO:  So I can represent
19     that all of the countries listed in the
20     proclamation are the same countries that fell
21     below the baseline, with the exception of
22     Somalia, which the proclamation makes quite
23     clear, and the exception of Iraq, which did
24     fall below -- below the baseline but was not
25     subjected to sanctions.
```

Official

```
 1              And I think that this reflects the
 2     tailored nature of this proclamation and the
 3     fact that it was meant to impose tailored
 4     pressure on these countries while also taking
 5     into account other types of national security
 6     and foreign policy considerations to try to
 7     move those countries across the line into
 8     acceptability, which we've now seen has been
 9     successful, as with the case of the government
10     of Iraq -- of Chad.
11              JUSTICE KENNEDY:  In fact, if you
12     compare this proclamation to the Reagan and the
13     Carter proclamations, which I think were one or
14     two sentences, this is longer than any
15     proclamation that -- that I've seen in this
16     particular area.
17              GENERAL FRANCISCO:  This is, Your
18     Honor, the most detailed 1182 --
19              JUSTICE KENNEDY:  I'd say "longer
20     detail" --
21              GENERAL FRANCISCO:  Yes.
22              JUSTICE KENNEDY:  -- is -- is a better
23     word.
24              GENERAL FRANCISCO:  Yes.  This is the
25     more detailed 1182(f) proclamation in history.
```

 1    It is not --

 2            JUSTICE SOTOMAYOR:  General, the

 3    proclamations by Reagan and Carter, however,

 4    were not as broad as this one.

 5            GENERAL FRANCISCO:  Your Honor, they

 6    were almost as broad, but --

 7            JUSTICE SOTOMAYOR:  And -- and --

 8            GENERAL FRANCISCO:  -- to complete my

 9    answer to Justice Kennedy's question, this is

10    the most detailed proclamation ever issued in

11    American history.  Yes, Your Honor, to be sure,

12    this covers more countries than either

13    President Reagan's or President Carter's

14    covered.  But it's --

15            JUSTICE SOTOMAYOR:  And more -- and

16    more immigrants, because Carter's only applied

17    to certain immigrants, not to all.

18            GENERAL FRANCISCO:  President Carter's

19    actually applied to all immigrants but then had

20    an exception much like the waiver provision

21    here for national interests and humanitarian

22    concerns.  So I think President Carter's was

23    actually very similar to the proclamation here.

24    And --

25            CHIEF JUSTICE ROBERTS:  Is your

1    consular non-reviewability argument -- is that

2    a jurisdictional argument?

3            GENERAL FRANCISCO:  Your Honor, I --

4    yes, I think it is a jurisdictional argument.

5    And that's why I don't think you really should

6    address any of these issues.

7            The basic rule is that the exclusion

8    of aliens is a political act imbued with

9    foreign policy and national security concerns

10   and, therefore, subject to --

11           CHIEF JUSTICE ROBERTS:  I -- I thought

12   in Sale, that we decided that this -- this

13   wasn't jurisdictional or at least decided the

14   merits despite the non-reviewability argument

15   that the government made.

16           GENERAL FRANCISCO:  I think the second

17   thing that you just said, Mr. Chief Justice, is

18   accurate.  The Court didn't address the

19   reviewability issue at all.  And so we don't

20   think it's precedential one way or another.

21           CHIEF JUSTICE ROBERTS:  Was the -- was

22   the argument raised in that case by the

23   government?

24           GENERAL FRANCISCO:  Yes, it was, Your

25   Honor.  Actually, you could --

```
 1              CHIEF JUSTICE ROBERTS:  So -- so it's
 2       an argument we would have been required to
 3       address if it were, in fact, jurisdictional?
 4              GENERAL FRANCISCO:  I think so.  And
 5       so I think one way you could understand it is
 6       that it doesn't go to Article III jurisdiction,
 7       though it is a justiciability argument and we
 8       would urge this Court to accept it because we
 9       think it's correct.
10              But even if you don't think that it's
11       correct, we think that this proclamation
12       satisfies the merits because it does fall well
13       within the power of the President under
14       1182(f).
15              JUSTICE BREYER:  If you're about --
16              JUSTICE KAGAN:  May I turn, General,
17       to the constitutional claims in this case?
18              GENERAL FRANCISCO:  Yes, Your Honor.
19              JUSTICE KAGAN:  And your principal
20       response to the Establishment Clause claim is
21       to cite Mandel and to say that, once the
22       government comes forward with a legitimate
23       reason -- of course, national security is the
24       most important reason one can come forward with
25       -- the game is over, essentially.  And I just
```

1    want to press on that a little bit.

2              GENERAL FRANCISCO:  Sure.

3              JUSTICE KAGAN:  So, first, I want to

4    ask whether that means -- you started off by

5    talking a lot about the process of this

6    proclamation.  But I -- I take it that that

7    argument would apply irrespective of what

8    process was used.

9              In other words, you would have made

10   the same Mandel argument to the first executive

11   order in this case, or would you not?

12             GENERAL FRANCISCO:  We would have made

13   a Mandel argument, but it is far stronger given

14   that you have the process and substance upon

15   which this proclamation was based, because

16   whatever you --

17             JUSTICE KAGAN:  Well, I guess I wonder

18   why that is, just because, when I read Mandel,

19   I don't see anything about process or you have

20   to meet a certain kind of bar.

21             GENERAL FRANCISCO:  Uh-huh.

22             JUSTICE KAGAN:  Mandel really is kind

23   of you state a reason and this Court stops.

24             GENERAL FRANCISCO:  And I think that

25   that is right, but I think that when you, in

1    addition to that, have the extensive worldwide
2    process that we had that resulted in a
3    cabinet-level recommendation, that applied a
4    neutral baseline to every country in the world,
5    concluded that almost all the world, including
6    almost all of the Muslim-majority world passed
7    that baseline, but a tiny number of countries
8    didn't, I think that whether you apply Mandel
9    or whether you apply McCreary, that makes the
10   constitutional case in our favor overwhelmingly
11   strong.  It's a --
12        JUSTICE KAGAN:  So let me give you a
13   hypothetical, and it's just -- you know, I
14   think that there are ways to distinguish Mandel
15   in this case, but -- but -- but, you know, just
16   in terms of thinking about what Mandel really
17   forecloses here.
18        GENERAL FRANCISCO:  And I -- because
19   Mandel, there are only two cases in the area,
20   and it's -- it's hard to understand the full
21   contours of it.
22        JUSTICE KAGAN:  I agree.  So this is a
23   hypothetical that you've heard a variant of
24   before that the government has, at any rate,
25   but I want to just give you.

1        So let's say in some future time a --
2    a President gets elected who is a vehement
3    anti-Semite --
4        GENERAL FRANCISCO:  Uh-huh.
5        JUSTICE KAGAN:  -- and says all kinds
6    of denigrating comments about Jews and provokes
7    a lot of resentment and hatred over the course
8    of a campaign and in his presidency and, in the
9    course of that, asks his staff or his cabinet
10   members to issue a proc -- to issue
11   recommendations so that he can issue a
12   proclamation of this kind, and they dot all the
13   i's and they cross all the t's.
14       And what emerges -- and, again, in the
15   context of this virulent anti-Semitism -- what
16   emerges is a proclamation that says no one
17   shall enter from Israel.
18       GENERAL FRANCISCO:  Right.
19       JUSTICE KAGAN:  Do you say Mandel puts
20   an end to judicial review of that set of facts?
21       GENERAL FRANCISCO:  No, Your Honor, I
22   don't say Mandel puts an end to it, but I do
23   say that, in that context, Mandel would be the
24   starting point of the analysis, because it does
25   involve the exclusion of aliens, which is where

1    Mandel applies.

2           If his cabinet -- and this is a very

3    tough hypothetical that we've dealt with

4    throughout -- but if his cabinet were to

5    actually come to him and say, Mr. President,

6    there is honestly a national security risk here

7    and you have to act, I think then that the

8    President would be allowed to follow that

9    advice even if in his private heart of hearts

10   he also harbored animus.

11          JUSTICE KAGAN:  Well, the question is

12   --

13          GENERAL FRANCISCO:  I would also

14   suggest, though -- if I could finish that, Your

15   Honor -- that I think it would be very

16   difficult for that to even satisfy Mandel

17   rational basis scrutiny.  I'd need to know what

18   the rational was.  Given that Israel happens to

19   be one of the country's closest allies in the

20   war against terrorism, it's not clear to me

21   that you actually could satisfy --

22          JUSTICE KAGAN:  Well --

23          GENERAL FRANCISCO:  -- Mandel's

24   rational basis standard on that, unless it

25   truly were based --

```
 1              JUSTICE KAGAN:  Yes.
 2              GENERAL FRANCISCO:  -- on a
 3    cabinet-level recommendation that was about
 4    national security.
 5              JUSTICE KAGAN:  General, I'm -- let's
 6    -- this is a out-of-the-box kind of President
 7    in my hypothetical.  And --
 8              (Laughter.)
 9              GENERAL FRANCISCO:  We -- we -- we
10    don't have those, Your Honor.
11              JUSTICE KAGAN:  And -- and, you know,
12    he thinks that there are good diplomatic
13    reasons, and there might -- who knows what the
14    future holds, that there might be good
15    diplomatic reasons to put pressure on Israel or
16    to say we want Israel to vote a certain way in
17    the U.N. and this is a way to better our
18    diplomatic hand, and so this is what he does.
19              And -- and who knows what his heart of
20    hearts is.  I mean, I take that point.  But the
21    question is not really what his heart of hearts
22    is.  The question is what are reasonable
23    observers to think --
24              GENERAL FRANCISCO:  Right.
25              JUSTICE KAGAN:  -- given this context,
```

1    in which this hypothetical President --

2              GENERAL FRANCISCO:  Sure.

3              JUSTICE KAGAN:  -- is making virulent

4    anti-Semitic comments.

5              GENERAL FRANCISCO:  Right.  And, Your

6    Honor, it's a tough hypothetical, but it's why

7    I also think that this is a relatively easy

8    case, because we're willing to even assume for

9    the sake of argument that you consider all of

10   the statements.

11             And we're even willing to assume for

12   the sake of argument, though we think that it's

13   wrong, that you applied some kind of domestic

14   establishment clause jurisprudence, because

15   we're quite confident that, given the process

16   and substance that form the basis of this

17   proclamation, no matter what standard you

18   apply, this proclamation is constitutional.

19             Since we don't have the extreme

20   hypothetical that you're suggesting, Your

21   Honor, we do have a multi-agency worldwide

22   review and a cabinet-level recommendation that

23   applied a neutral baseline.  And this wasn't

24   done just by the cabinet secretaries but by the

25   agencies to every country in the world and

1    concluded --

2              JUSTICE SOTOMAYOR:  Mr. General, you

3    just --

4              JUSTICE KENNEDY:  If -- if you have

5    that extreme hypothetical, would that present a

6    free exercise or an Establishment Clause claim

7    or both?

8              GENERAL FRANCISCO:  It could

9    definitely present a free exercise clause

10   challenge, Your Honor, just as you had a free

11   speech type claim in the Mandel case.

12             And there would be people who could

13   bring that claim and who could potentially

14   succeed on that claim.

15             JUSTICE KENNEDY:  And -- and the

16   people that could bring that claim, I assume,

17   were relatives of people that were excluded,

18   father, son?

19             GENERAL FRANCISCO:  On free exercise,

20   potentially.  I think all --

21             JUSTICE KENNEDY:  Yeah, what about a

22   university?

23             GENERAL FRANCISCO:  I think a

24   university could bring a free speech-type claim

25   under Mandel, much --

```
 1              JUSTICE SOTOMAYOR:  Why not an
 2    Establishment Clause claim?
 3              GENERAL FRANCISCO:  And -- and --
 4    because, Your Honor, and the reason why I think
 5    they haven't pursued those types of claims is
 6    because I don't think they would possibly
 7    support the types of nationwide injunction that
 8    they're asking for.
 9              Your Honor, the reason why I don't
10    think that they could bring an Establishment
11    Clause claim is because the proclamation
12    doesn't actually apply to the Respondents.  It
13    only applies to aliens abroad who have no
14    constitutional right to enter.
15              JUSTICE SOTOMAYOR:  No, but the claim
16    is that it -- that the proclamation is in place
17    because of a dislike of a particular religion.
18    And I thought the Establishment Clause at its
19    heart is that we cannot be anything but neutral
20    with respect to religion or its practice.
21              GENERAL FRANCISCO:  That is true, Your
22    Honor, but as the Valley Forge decision makes
23    clear, not everybody has standing to challenge
24    that negative message injury.  Otherwise, the
25    plaintiffs in Valley Forge would have had
```

```
 1    standing to challenge the land transfer from
 2    the government to the Christian college on the
 3    ground that it sent a pro-Christian or
 4    anti-atheist message.  That --
 5              JUSTICE SOTOMAYOR:  But these people
 6    are saying that that negative religious
 7    attitude is stopping them --
 8              GENERAL FRANCISCO:  Right.
 9              JUSTICE SOTOMAYOR:  -- from doing
10    things that they would otherwise be able to do:
11    To associate with scholars from these
12    countries, to bring in students, to have family
13    members join them.
14              GENERAL FRANCISCO:  Right.
15              JUSTICE SOTOMAYOR:  Which is one of
16    the purposes of the INS.
17              GENERAL FRANCISCO:  And -- and that's
18    where they might have free exercise or free
19    speech claims along the type that Justice
20    Kennedy suggested --
21              JUSTICE SOTOMAYOR:  Well, but I --
22              GENERAL FRANCISCO:  -- but which
23    couldn't support a nationwide injunction.  I
24    don't think that that gives them an
25    Establishment Clause claim when the
```

```
1    proclamation doesn't actually apply to them
2    because --
3               JUSTICE SOTOMAYOR:  General, today,
4    can we go back to something that's been
5    bothering me here, which is -- and it was
6    argued in a case this week about the unitary
7    executive theory, which basically says the
8    President is at the head, I think -- I'm
9    summarizing in an incomplete way --
10              GENERAL FRANCISCO:  Uh-huh.
11              JUSTICE SOTOMAYOR:  -- but that the
12   President is the head of the executive branch
13   and that he should have, for those who are in
14   the extreme of this theory or -- or on one end
15   of the theory --
16              GENERAL FRANCISCO:  Uh-huh.
17              JUSTICE SOTOMAYOR:  -- not extreme,
18   that he can hire or fire anyone he wants and
19   that he can put in place whatever policy he
20   wants.
21              GENERAL FRANCISCO:  Uh-huh.
22              JUSTICE SOTOMAYOR:  If we take Justice
23   Kagan's hypothetical President --
24              GENERAL FRANCISCO:  Uh-huh.
25              JUSTICE SOTOMAYOR:  -- who basically
```

1    says to his review committee, I want to keep

2    out Jews --

3              GENERAL FRANCISCO:  Uh-huh.

4              JUSTICE SOTOMAYOR:  -- period; find a

5    way.  That's their charge.

6              So, in that situation, why would the

7    actions of the committee, whatever this is,

8    Executive Committee, not be subject to great

9    suspicion and to thorough review -- which

10   actually wasn't completely --

11             GENERAL FRANCISCO:  Uh-huh.

12             JUSTICE SOTOMAYOR:  -- done here --

13   given that they are responsible to the

14   executive --

15             GENERAL FRANCISCO:  Right.

16             JUSTICE SOTOMAYOR:  -- and they've

17   been told what the outcome of their

18   deliberations must be?

19             GENERAL FRANCISCO:  Sure.  And I have

20   two responses to that, Your Honor.

21             The first is that the President's

22   cabinet, just like all of us here, is

23   duty-bound to protect and defend the

24   Constitution.  So I would expect that if any

25   cabinet member were given that order, that

```
 1    cabinet member would refuse to comply or resign
 2    in the face of a plainly unconstitutional
 3    order.  So I think that would be the initial
 4    check.
 5          Secondly, if you had an extreme
 6    scenario where all of that broke down, then, if
 7    the President actually did make that
 8    statement -- I want to keep out a particular
 9    race or a particular religion, no matter
10    what -- that would undermine the facial
11    legitimacy of the action, even under the Mandel
12    standard.
13          Here, however, you don't have anything
14    like that.  Rather, you have the cabinet doing
15    its job through the agencies, where they ask
16    the agencies to construct and apply this
17    neutral standard to every country in the world,
18    including every Muslim country.  They concluded
19    that the vast majority of the world, including
20    the vast majority of the Muslim world, was just
21    fine, but there were problems with a small
22    number of countries and so imposed pressure,
23    recommended pressure, to help move those
24    countries across the line.
25          JUSTICE SOTOMAYOR:  General, the
```

1    problem is that I don't see that that material
2    was reviewed by the judges below, by the Ninth
3    Circuit or the Fourth Circuit judges.
4         I thought that the government had kept
5    confidential and refused to share, either with
6    the litigants or the courts, exactly what was
7    done, how, what the evaluation and how --
8         GENERAL FRANCISCO:  Right.
9         JUSTICE SOTOMAYOR:  -- it was applied
10   to all those countries in the world.
11        I understand some of the
12   confidentiality that might concern you, but if
13   the backdrop is the way that Justice Kagan
14   described it --
15        GENERAL FRANCISCO:  Right.
16        JUSTICE SOTOMAYOR:  -- that -- that
17   heated --
18        GENERAL FRANCISCO:  Well, I -- yeah --
19        JUSTICE SOTOMAYOR:  -- anti-Semitic
20   background, don't you think that once you get
21   through the Mandel preliminary stage, that you
22   need an independent arbiter to look at all of
23   that to ensure the process, in fact, is what is
24   claimed it was?
25        GENERAL FRANCISCO:  Well, Your Honor,

Official

27

1     a couple of responses to that.

2               First of all, I think that the

3     proclamation is very transparent and lays out

4     in great detail both the process and the

5     substance upon which the proclamation is based.

6               And I think that under the duty of

7     regularity or good faith, or whatever you want

8     to call it, that one branch of the government

9     owes to another coequal branch of the

10    government, there is a very strong presumption

11    that what is being set out there is the truth.

12              JUSTICE KAGAN:  You -- you said

13    something earlier, General, I want to make sure

14    that I got it right.  You said if at the time

15    the President had said we don't want Muslims

16    coming into this country --

17              GENERAL FRANCISCO:  Uh-huh.

18              JUSTICE KAGAN:  -- that that would

19    undermine the proclamation.

20              GENERAL FRANCISCO:  Yes.

21              JUSTICE KAGAN:  Did I get you right?

22              GENERAL FRANCISCO:  Yes.

23              JUSTICE KAGAN:  So I -- I think, you

24    know, honestly, the difference here then seems

25    to be is everything that the President said

1    effectively that?

2           GENERAL FRANCISCO:  I think there are

3    two issues, Your Honor, there.  The first is

4    whether you can ever consider things like

5    campaign statements.  And we are very much of

6    the view that campaign statements are made by a

7    private citizen before he takes the oath of

8    office and before, under the Opinions Clause of

9    the Constitution, receives the advice of his

10   cabinet, and that those are constitutionally

11   significant acts that mark the fundamental

12   transformation from being a private citizen to

13   the embodiment of the executive branch.  So

14   that those statements should be out of bounds.

15          But for --

16          JUSTICE KENNEDY:  But suppose you have

17   a local mayor and, as a candidate, he makes

18   vituperative hate -- hateful statements, he's

19   elected, and on day two, he takes acts that are

20   consistent with those hateful statements.

21   That's -- whatever he said in the campaign is

22   irrelevant?

23          GENERAL FRANCISCO:  Your -- Your

24   Honor, if he takes the same oath --

25          JUSTICE KENNEDY:  You would say

1    whatever he said in the campaign is irrelevant?

2            GENERAL FRANCISCO:  I would say two

3    things.  And that was the -- and the second

4    thing is the point I was about to turn to.  I

5    would say yes, because we do think that oath

6    marks a fundamental transformation, but I would

7    also say here it doesn't matter, because, here,

8    the statements that they principally rely on

9    don't actually address the meaning of the

10   proclamation itself.

11           This is not a so-called Muslim ban.

12   If it were, it would be the most ineffective

13   Muslim ban that one could possibly imagine

14   since not only does it exclude the vast

15   majority of the Muslim world, it also omits

16   three Muslim-majority countries that were

17   covered by past orders, including Iraq, Chad,

18   and Sudan.

19           And so this order is what it purports

20   to be and what its process and substance

21   confirms that it is.  It is an order that is

22   based on a multi-agency worldwide review that

23   applied neutral criteria all across the world

24   and concluded, under those neutral criteria,

25   most of the world was fine, but a small part of

```
 1    it failed to provide us with that minimum
 2    baseline of information, the minimum, not the
 3    ideal, the bare minimum -- terrorism history,
 4    criminal history -- that we need to protect the
 5    country.
 6              JUSTICE BREYER:  All right.  Can --
 7    can I ask a more -- I did read, I think, almost
 8    all the 80 briefs.  Now your time -- what do --
 9              CHIEF JUSTICE ROBERTS:  Yeah, don't
10    worry.  Please go ahead.
11              JUSTICE BREYER:  All right.  All
12    right.  All right.  Almost 80, and I think I --
13    some were repetitive, not too many.  And I
14    think I know the basic arguments, but there's
15    one question I'm left with and it starts with
16    an assumption, which I think you share, but I
17    want to be sure.  All right.
18              I noticed that the Carter order and
19    the Reagan order both had case-by-case
20    exceptions.
21              GENERAL FRANCISCO:  Uh-huh.
22              JUSTICE BREYER:  And I looked at this
23    order, and this has case-by-case exceptions.
24    And then it says -- you know, it says
25    case-by-case waivers may be appropriate in
```

```
 1    individual circumstances, such as, giving some
 2    examples, the following.
 3              And then they have to be no
 4    terrorists.  Well, that's the law anyway.  And
 5    they -- they have to be in the interests of the
 6    United States.  And there can't be undue
 7    hardship, which the only time the word
 8    "hardship" appears in the immigration laws, it
 9    says "extreme hardship."
10              GENERAL FRANCISCO:  Uh-huh.
11              JUSTICE BREYER:  So "undue" must be
12    less than "extreme."
13              GENERAL FRANCISCO:  Uh-huh.
14              JUSTICE BREYER:  Okay?  So I'm -- then
15    they have a list:  people with foreign contacts
16    previously established, business reasons,
17    they've been here studying, or other long-term
18    activity, they want to visit or reside with a
19    close family member, they have a disease or
20    something that they need --
21              GENERAL FRANCISCO:  Uh-huh.
22              JUSTICE BREYER:  -- treatment for,
23    they -- previously been employed.  And there
24    are about five other things.
25              GENERAL FRANCISCO:  Yeah.
```

```
 1              JUSTICE BREYER:  All right.  Focus on
 2    that class of individuals.
 3              GENERAL FRANCISCO:  Uh-huh.
 4              JUSTICE BREYER:  Now, in countries --
 5    150 million people, all together, there must be
 6    quite a few who have -- do fall within that
 7    class.  So --
 8              GENERAL FRANCISCO:  Well, yes, Your
 9    Honor, but there's only a small number of
10    people that seek to come into our country.
11              JUSTICE BREYER:  Well, that's what I'm
12    asking about.
13              GENERAL FRANCISCO:  Yeah.
14              JUSTICE BREYER:  You see?
15              GENERAL FRANCISCO:  Yeah.
16              JUSTICE BREYER:  That's now -- if you
17    -- you think -- now, as far as we're concerned,
18    if they fall within that class, there --
19    there's no reason given here why they should be
20    excluded, other than the -- the normal
21    processes?
22              GENERAL FRANCISCO:  Well, a couple of
23    responses, Your Honor.
24              JUSTICE BREYER:  What?
25              GENERAL FRANCISCO:  First, in terms of
```

1    the numbers --
2              JUSTICE BREYER:  I'm not asking about
3    the numbers.
4              GENERAL FRANCISCO:  Oh, oh, you're not
5    asking --
6              JUSTICE BREYER:  I want to ask about
7    --
8              GENERAL FRANCISCO:  So -- so, in terms
9    of the reason --
10             JUSTICE BREYER:  Yeah.
11             GENERAL FRANCISCO:  -- they should be
12   excluded, one of the principal purposes of the
13   proclamation is to exert diplomatic pressure on
14   governments in order to get them to change and
15   provide us with the information --
16             JUSTICE BREYER:  So you think they
17   should be excluded?
18             GENERAL FRANCISCO:  Not if they meet
19   the criteria for the --
20             JUSTICE BREYER:  Not if they meet the
21   criteria.
22             GENERAL FRANCISCO:  -- for the waiver.
23             JUSTICE BREYER:  Okay.  Okay.  So
24   there's --
25             GENERAL FRANCISCO:  That's why we have

Official

1    -- that's why we have the waiver.

2              JUSTICE BREYER:  That's -- that's --

3    that's what I thought you would say.

4              GENERAL FRANCISCO:  Yeah.

5              JUSTICE BREYER:  Then I get -- can ask

6    my question.  Sorry.

7              GENERAL FRANCISCO:  Yes.

8              JUSTICE BREYER:  But I want to be sure

9    we're the same wavelength.

10             GENERAL FRANCISCO:  Yes.

11             (Laughter.)

12             JUSTICE BREYER:  Okay.  Now, falling

13   within that class, here is the problem.  It

14   seems to me that there are probably a

15   significant number of such people.  And you

16   read the briefs, you think, hey, there's the

17   business community complaining, there's the

18   academic community, there were 46 scholars at

19   Harvard, there -- there are families in the

20   Lisa Blatt brief, you know, that -- that they

21   say we were trying to get medical treatment and

22   nobody told us about this, and -- and they've

23   only admitted two and there's supposed to be

24   guidance, and --

25             GENERAL FRANCISCO:  That's not true.

```
 1          JUSTICE BREYER:  -- you haven't put in
 2   the guidance, and -- and -- and the most there
 3   are is 100.  And so there is my question.  If
 4   you have done the same thing that the Reagan
 5   people did and the Carter people did, then it
 6   might be -- I'm not expressing a definite
 7   opinion -- but, well, you've got the same thing
 8   here, but if this is, as one brief says, just
 9   window dressing and they never apply it --
10          GENERAL FRANCISCO:  Right.
11          JUSTICE BREYER:  -- then you have
12   something new and different going well beyond
13   what President Reagan did.
14          GENERAL FRANCISCO:  Sure.
15          JUSTICE BREYER:  Okay.  So I want to
16   know how do I find out -- how do I find out
17   when there is not that information in the
18   brief, do we have to -- can we have another
19   hearing?  Do we send it back?  Do we say, look,
20   the government, of course, thinks this isn't
21   window dressing --
22          GENERAL FRANCISCO:  Right.
23          JUSTICE BREYER:  -- but the other side
24   says there are only two people, no notice,
25   nobody knows.
```

1          GENERAL FRANCISCO:  So, Your Honor,
2     two --
3          JUSTICE BREYER:  There are people in
4     Yemen, there are people in Somalia --
5          GENERAL FRANCISCO:  Yeah.
6          JUSTICE BREYER:  -- decent people.
7     Business -- you see my point?
8          GENERAL FRANCISCO:  Yes.
9          JUSTICE BREYER:  What's the answer?
10          GENERAL FRANCISCO:  And two responses.
11          JUSTICE BREYER:  Yes.
12          GENERAL FRANCISCO:  Our reply brief
13     has our most -- most current number on waivers,
14     and I believe the number at page 17, footnote
15     -- well, it's -- it's over 400.  I can't
16     remember the exact statement.
17          JUSTICE BREYER:  All right.  That's
18     400 out of 150 million.
19          GENERAL FRANCISCO:  And then --
20          JUSTICE BREYER:  And -- and is it well
21     publicized in these countries that they know
22     all they have to do is go to the visa office
23     and say:  I understand the thing, I want an
24     exception?
25          GENERAL FRANCISCO:  No, Your Honor,

     1     and I have two -- two responses --
     2              JUSTICE BREYER:  Yeah.
     3              GENERAL FRANCISCO:  -- to that.  One
     4     is I don't know how well publicized it is, but
     5     I suspect that people understand how to get it.
     6              My second principal response is,
     7     though, that, frankly, in terms of the
     8     legality, I think that the waiver is not
     9     necessary, although it is a very good thing,
    10     which is why --
    11              JUSTICE BREYER:  Not necessary.  There
    12     -- there you have President Reagan --
    13              GENERAL FRANCISCO:  -- which is why
    14     most -- which is why most governments don't --
    15     which is why it's -- it's a good thing, which
    16     is why most of these proclamations often have
    17     them.  But there's nothing in --
    18              JUSTICE BREYER:  Okay.  So you want me
    19     to consider --
    20              GENERAL FRANCISCO:  -- the law that
    21     actually requires it.
    22              JUSTICE BREYER:  That's what you want.
    23     You want me to consider the lawfulness of this
    24     order on the assumption that there is no
    25     waiver.

1           GENERAL FRANCISCO:  I don't --

2           JUSTICE BREYER:  Which is not what --

3    not what President Reagan did, not what -- not

4    what President Carter did, and if you go

5    through every action that Congress took,

6    waiver, waiver, waiver, possibility,

7    case-by-case, case-by-case here, that's the --

8    that's the --

9           GENERAL FRANCISCO:  Right.  The answer

10   to my -- your question, Your Honor, is, no, I

11   don't want you to consider the proclamation on

12   the -- on the hypothetical situation that it is

13   what it isn't, but I do think that the

14   proclamation as written and as applied falls

15   well within the President's authority under

16   1182(f).

17           Thank you, Mr. Chief Justice.

18           CHIEF JUSTICE ROBERTS:  Thank you,

19   General.  We will afford you rebuttal time.

20           GENERAL FRANCISCO:  Thank you.

21           CHIEF JUSTICE ROBERTS:  Mr. Katyal.

22           ORAL ARGUMENT OF NEAL K. KATYAL

23             ON BEHALF OF THE RESPONDENTS

24           MR. KATYAL:  Thank you, Mr. Chief

25   Justice, and may it please the Court:

```
 1            The executive order is unlawful for
 2     three reasons:  It conflicts with Congress's
 3     policy choices.  It defies the bar on
 4     nationality discrimination, something you never
 5     heard my friend talk about.  And it violates
 6     the First Amendment.
 7            Congress has already specified a
 8     three-part solution to the very same problem
 9     the order addresses:  Aliens seeking entry from
10     countries that don't cooperate with the United
11     States in vetting, including "state sponsors of
12     terrorism and countries that provide inaccurate
13     information."
14            First, aliens have to go through the
15     individualized vetting process with the burden
16     placed on them.
17            Second, when Congress became aware
18     that some countries were failing to satisfy the
19     very same baseline criteria you just heard
20     about, that the order uses, Congress rejected a
21     ban.  Instead, it used carrots.  When countries
22     cooperated, they'd get extra credit, a track --
23     faster track for admission.  Legislation to use
24     big sticks like nationality bans failed.
25            And, third, Congress was aware
```

1    circumstances could change on the ground, so it

2    required reporting to them so it could change

3    the law.

4            CHIEF JUSTICE ROBERTS:  Well, let's

5    take big sticks fail.  Let's suppose that the

6    intelligence agencies go to the President and

7    say, we have 100 percent solid information

8    that, on a particular day, 20 nationals from

9    Syria are going to enter the United States with

10   chemical and biological weapons.  They could

11   kill tens of thousands of Americans.

12           In that situation, could the President

13   ban the entry of Syrian nationals on that one

14   day?

15           MR. KATYAL:  He could for two reasons.

16   There's two different arguments.  There's the

17   nationality discrimination ban, 1152, and then

18   there's, you know, whether or not this comports

19   with Congress's policy judgments.

20           And with respect to both, I think it

21   would.  It wouldn't be nationality

22   discrimination for the reasons Judge Sentelle

23   said in LAVAS, when you have an emergency

24   fast-moving situation like the Syria example

25   you're saying.

Official

1          CHIEF JUSTICE ROBERTS:  Well, just to

2    stop, interrupt you there.  I mean, what if

3    it's a week?  What if it's a week a month from

4    now?  That's what the intelligence information

5    is.

6          In other words, I'm trying to --

7          MR. KATYAL:  Right.

8          CHIEF JUSTICE ROBERTS:  -- respond to

9    your point that it has to be an immediate

10   decision.

11         MR. KATYAL:  Yeah.  So I think, you

12   know, this Court's dealt with that in

13   Youngstown and Hamdan and said, look, you know,

14   the President's going to get a pass absolutely

15   on, you know, what he says the emergency is.

16   But the ultimate question is, can you go to

17   Congress and get any legislative impediment

18   removed?  And that he can have deference about.

19         But here we are 460 days on -- later,

20   Mr. Chief Justice.  He's never even introduced

21   legislation about this.  So we're so far from

22   that hypothetical, we'll concede the

23   hypothetical.

24         CHIEF JUSTICE ROBERTS:  Well, imagine

25   -- imagine, if you can, that Congress is unable

    1    to act when the President asked for
    2    legislation.
    3             (Laughter.)
    4             MR. KATYAL:  Right.
    5             CHIEF JUSTICE ROBERTS:  And someone
    6    introduces a bill saying let's authorize --
    7    first of all, the President may have qualms
    8    about sharing that absolute intelligence
    9    broadly, but let's say there's a bill
   10    introduced to say let's authorize the President
   11    and there's a bill introduced to say let's
   12    block the President, and neither bill moves.
   13             MR. KATYAL:  Absolutely.  We
   14    understand the President will have residual
   15    authority to keep the country safe.  Our point
   16    here, though, is that Congress has thought
   17    about this exact problem, including, you know
   18    -- you know, about -- there -- there's only one
   19    problem he's identifying, which is countries
   20    not cooperating.
   21             He's not talking about people coming
   22    in or something like that, like your
   23    hypothetical.  And with respect to that,
   24    Congress has said here's how we deal with it.
   25    We deal with it with the individualized vetting

Official

43

1  system, which pushes all the burdens on a

2  person coming in.  That's 1361.

3       You've got to show biometric ID under

4  the statute.  You've got to have an in-person

5  interview, if there's any risk that the person

6  is from a country that's a state sponsor of

7  terrorism, like your hypothetical or anything

8  else.

9       So Congress has really said in a

10  robust way, here's how we would deal with it.

11  And to the extent countries aren't cooperating,

12  we offer carrots.

13       Congress rejected exactly what they're

14  trying to propose here, which is a flat

15  nationality ban.  And that's where I think the

16  force of our argument lies with respect to the

17  first point, which is this is countermanding

18  Congress's policy judgments.

19       My friend on the other side actually

20  in his brief --

21       JUSTICE ALITO:  Well, Congress did --

22  Congress did act.  It enacted 1182(f).

23       MR. KATYAL:  Correct.

24       JUSTICE ALITO:  Why doesn't this fall

25  squarely within the language of 1182(f)?

1          MR. KATYAL:  For -- for -- we have

2     both textual reasons that it's not a class, for

3     reasons Justice Breyer was talking about.  It's

4     not perpetuated -- it's perpetual, like Justice

5     Ginsburg was talking about.  But we think

6     there's a much bigger point, Justice Alito,

7     which is --

8          JUSTICE ALITO:  Well, maybe you could

9     talk about the text.  It's not a class?

10    Doesn't 11 -- doesn't 1182(f) say whenever the

11    President finds that the entry of any aliens --

12         MR. KATYAL:  Correct.

13         JUSTICE ALITO:  -- or any class of

14    aliens.  So put class aside, although I don't

15    really see why people who are nationals of a

16    particular country don't constitute a class.

17    What about any aliens?

18         MR. KATYAL:  Right.  So we think it is

19    any, you know -- because the power in 1182 is

20    so broad and sweeping and does allow the

21    President to supplement what Congress has done,

22    we think that you have to -- you have to be

23    careful and read limit -- you have to read it

24    just the way you read every other statute to

25    say, how do we harmonize that broad text of

 1    1182(f) with the rest of the INA?

 2            And our point in our briefs, which I

 3    don't think you heard an answer to, is, if you

 4    accept their idea that the President has such a

 5    sweeping power, he could end, for example,

 6    family -- the family preference system and

 7    impose, you know, and end so-called chain

 8    migration or anything like that.  He could do

 9    -- countermand any of the provisions of the INA

10    and turn it into a line item veto.

11            So, for that reason, we think there

12    has to be some limit.  That's something this

13    Court's dealt with in, you know, the tobacco

14    case or --

15            JUSTICE ALITO:  Well, does this

16    proclamation do anything like that?  Does this

17    proclamation purport to establish a new

18    permanent immigration policy for the United

19    States?

20            MR. KATYAL:  Absolutely, Your Honor.

21    This is a perpetual policy that bans.  It does

22    exactly what Congress in 1965 said you can't

23    do.  And it countermands Congress's

24    fine-grained reticulated judgment from 2001,

25    2015, and several other times, which is to say,

1    instead of these flat bans, we're going to have

2    -- we're going to balance foreign policy

3    considerations, economic considerations, like

4    the U.S. companies brief, humanitarian, image

5    of the United States views, all of that

6    together, and said we won't do the flat ban.

7         Instead, we're going to have a much

8    more fine-grained approach with individualized

9    vetting and carrots for the countries that

10   don't disagree -- that don't cooperate.

11        JUSTICE ALITO:  What is your basis for

12   saying that it is perpetual?

13        MR. KATYAL:  Well, there's nothing in

14   the order that ends it.  And you heard my

15   friend say, oh, that would doom all executive

16   orders.  But that's not true.  Half of these --

17        JUSTICE KENNEDY:  I thought it had to

18   be reexamined every 180 days?

19        MR. KATYAL:  No, that's not what it

20   says.  It says there's a report that has to

21   come in at 180 days, and nothing happens at the

22   end of the report.

23        JUSTICE KENNEDY:  Well, that -- that

24   indicates there will be a reassessment?

25        MR. KATYAL:  Well, in --

1          JUSTICE KENNEDY:  And then the -- and

2     -- and the President has continuing discretion?

3          MR. KATYAL:  Justice Kennedy, this

4     argument wouldn't be there if there was

5     anything about reassessment, the way there are

6     in about half the orders, including the Cuba

7     order, which says it sunsets once the crisis

8     ends.  There's nothing like that in this.

9          And it's just like a reporting

10    requirement to Congress in which Congress isn't

11    necessarily required to do anything.  Congress

12    has statutes like that all the time.

13         This is that.  And that's why this is

14    unlike any other executive order.  If you go

15    back and look at all 43 executive orders that

16    Presidents have issued, none of them have even

17    arguably countermanded Congress's judgment in

18    the area.  They've all been consistent.

19    They've all been supplements.

20         JUSTICE KENNEDY:  Well, the statute

21    says first that -- that -- that 1182 for such

22    period as he deems necessary, and he can have

23    continuing supervision over whether it's still

24    necessary.

25         MR. KATYAL:  Again, we wouldn't have a

1    problem with that if it was tailored to a

2    crisis, it says it sunsets, and then, you know,

3    could be re-upped or something like that.

4    That's not what this says.  This is about a

5    perpetual problem.

6          JUSTICE KENNEDY:  So you want the

7    President to say, I'm convinced that in six

8    months we're going to have a safe world?

9          MR. KATYAL:  Well -- well -- well, no,

10   Justice Kennedy, that's not our argument.  Our

11   argument is, here, the President is identifying

12   something that is a perennial problem.  Our

13   brief says it goes back 100 years, you know,

14   when the Soviet Union was around, we don't have

15   countries that cooperate with us in vetting.

16         And the solution has always been from

17   Congress not to have a flat ban but instead to

18   have a fine-grained vetting system to balance

19   these considerations.

20         CHIEF JUSTICE ROBERTS:  What if the

21   military advisors tell the President that, in

22   their judgment, the President ought to order a

23   strike, an air strike against Syria, and the

24   President says, well -- does that mean he can't

25   because you would regard that as discrimination

1    against a majority Muslim country?

2              MR. KATYAL:  Absolutely not.  There's

3    nothing to do with the text of the statute.

4    The 1152 statute's about discrimination and the

5    "issuance of visas."  And that's all that --

6              CHIEF JUSTICE ROBERTS:  So, under

7    1182(f), you would say that there's no problem

8    under that provision?

9              MR. KATYAL:  Well, under 1182, as I

10   understand, it was a strike.  And so I don't

11   think there's any immigration issue in your

12   hypothetical.  I might be misunderstanding it,

13   Mr. Chief Justice.

14             CHIEF JUSTICE ROBERTS:  Well, any type

15   of targeted action that would have a impact on

16   the Muslim population.

17             MR. KATYAL:  Absolutely.  We think the

18   President has wide authorities to do things

19   that have impacts on the Muslim population.

20   Take the laptop ban that was introduced --

21             CHIEF JUSTICE ROBERTS:  Why under your

22   theory wouldn't that constitute or the argument

23   would be that that's discrimination under your

24   Establishment Clause argument --

25             MR. KATYAL:  Oh.

```
 1          CHIEF JUSTICE ROBERTS:  -- that that's
 2    discrimination on the basis of faith because he
 3    has said in the past, if you accept the --
 4          MR. KATYAL:  Yeah.
 5          CHIEF JUSTICE ROBERTS:  -- accept the
 6    arguments, that he -- he is anti-Muslim?
 7          MR. KATYAL:  Not at all, Your Honor,
 8    and no President has run afoul of this, you
 9    know, and that's because, here, the President
10    and his advisors have directly tied this policy
11    to those statements.  And the red brief at page
12    70, I think, is the greatest illustration of
13    that.
14          That's a constitutional claim.  And I
15    certainly want to get there, but before doing
16    so, I just want to make very clear the
17    consequences of their position for the INA is
18    that the President can take a wrecking ball to
19    the statute and countermand Congress's
20    fine-grained judgments that --
21          CHIEF JUSTICE ROBERTS:  He can never
22    --
23          JUSTICE KAGAN:  Well, you might think
24    --
25          JUSTICE GORSUCH:  Mr. Katyal -- Mr.
```

Official

```
 1    Katyal, if I might on -- on the statutory
 2    question before we leave it.  We've been
 3    proceeding so far on the assumption that we can
 4    reach the merits, but the government makes the
 5    argument, for example, that aliens who are
 6    removed from this country have to bring their
 7    claims personally and third parties can't
 8    vindicate those rights of aliens being -- who
 9    are present in this country, and asks the
10    question why it should be that third persons
11    should be able to assert the rights of aliens
12    who are not present in this country.  What's
13    the answer to that?
14              MR. KATYAL:  Well, several.  This is
15    not a third-party case.  These are United
16    States citizens bringing this challenge in a
17    state --
18              JUSTICE GORSUCH:  Oh behalf of --
19              MR. KATYAL:  -- of the United States.
20              JUSTICE GORSUCH:  -- aliens not
21    present in the country?
22              MR. KATYAL:  Well, but they are
23    directly -- they are directly harmed
24    themselves.  Let me just give you one example.
25    Not just the State of Hawaii, whose university
```

1    is directly impacted, but let's just take, for

2    example, the Alomari -- Mr. Alomari, the

3    10-year-old in the PARS Equality brief, Justice

4    Breyer, that you were referring to.  This is a

5    10-year-old daughter in Yemen who is -- who's

6    trying to come here because she has cerebral

7    palsy.

8              JUSTICE GORSUCH:  I understand that,

9    but those arguments don't work with respect to

10   aliens present in the country.  So why do they

11   work for aliens who are not present in the

12   country?

13             MR. KATYAL:  Because I --

14             JUSTICE GORSUCH:  Those very same

15   arguments would not succeed.

16             MR. KATYAL:  Well --

17             JUSTICE GORSUCH:  I think you'd

18   concede that they wouldn't succeed for aliens

19   present --

20             MR. KATYAL:  Right.  And they don't

21   succeed because there you have a better

22   plaintiff might not be willing to bring them in

23   the United States, and that's why the court,

24   you know, says no third party.  But, here,

25   these folks are directly impacted.

Official

1          And the most important thing to say is

2     Sale answers this.  You heard my friend concede

3     Sale was jurisdictional, the issues in Sale.

4     That's how they briefed it up.  That's how he

5     just described it.  This Court had exactly that

6     situation, United States plaintiffs, and it

7     reached the merits.

8          Our statutory point to you is that if

9     you accept this order, you're giving the

10    President a power no President in 100 years has

11    exercised, an executive proclamation that

12    countermands Congress's policy judgments.  He

13    has zero examples to say that when Congress has

14    stepped into the space and solved the exact

15    problem, that the President can then come in

16    and say:  No, I want a different solution.

17         If you do that, you'd -- it's not just

18    family preferences that you're allowing him to

19    get rid of; you'd get rid of all sorts of even

20    small things in the Code or big things, like

21    there's a preference for specialty occupations

22    like software engineers in the INA.  The

23    President could say:  The economics are such

24    I'm going to ban software engineers from going

25    to California or something like that under that

1    sweeping 1182 power.

2              JUSTICE KAGAN:  I -- I guess the

3    question, though, Mr. Katyal, is maybe you're

4    entirely right that 1182(f) needs to have some

5    limits to prevent the President from doing

6    something that's completely contrary to another

7    section of the statute.

8              But you're suggesting, well, the

9    President can't do anything that's not

10   contemplated by the rest of the statute.

11             MR. KATYAL:  That is not our argument.

12             JUSTICE KAGAN:  Okay.  So then I want

13   to know, what are you saying this is directly

14   contrary to?  Because it seems to me you would

15   have to point to some kind of clear and direct

16   conflict --

17             MR. KATYAL:  Right.

18             JUSTICE KAGAN:  -- between what the

19   President is doing and another statutory

20   provision.

21             MR. KATYAL:  So our view is that the

22   President can supplement; he just can't

23   supplant.  In this Court's decisions in the

24   Brown & Williamson case and the UARG greenhouse

25   gas, and Concepcion and Abilene Cotton, the

1    Savings Clause cases, all say there are three

2    things you look at.  And it's not a flat bar.

3    It can't be like a direct contravention.  Even

4    they say it's not a direct contravention in

5    their reply brief at page 19.

6            So the three things are, first, can

7    these two solutions coexist or not?  Second,

8    has Congress prescribed a reticulated

9    comprehensive scheme?  And, third, you know, is

10   there any other indication that Congress

11   considered the issue and went in a different

12   direction?

13           With respect to all of those for

14   here -- and, again, only this proclamation

15   satisfies all three of those factors --

16   Congress has a comprehensive reticulated scheme

17   that deals with the exact single problem that

18   he's identified, which is countries not

19   cooperating.  It can't coexist with the

20   solution of a flat ban.  It makes no sense, for

21   example, to have the in-person visa requirement

22   -- visa interview, which is in 12 --

23   1202(h)(2), which is for -- for people who come

24   from state sponsors of terrorism or who have a

25   "group" with a likelihood of providing

Official

56

1      inaccurate information.  Congress said there

2      has to be an in-person interview for that.

3            It doesn't make sense to say, well,

4      you're going to have a flat ban.  It doesn't

5      make sense to have a Visa Waiver Program which

6      is all about countries that provide zero

7      information to the United States -- state

8      sponsors of terrorism and the like -- and say

9      we're going to give you a carrot and then say,

10     oh, no, forget about the Visa Waiver Program.

11           JUSTICE ALITO:  Can -- can you imagine

12     any situation in which the threat of the

13     infiltration of the United States by terrorists

14     was so severe with respect to a particular

15     country that the other measures that you have

16     mentioned could be deemed by a President to be

17     inadequate?

18           MR. KATYAL:  Yes.

19           JUSTICE ALITO:  You cannot imagine any

20     such situation?

21           MR. KATYAL:  Yes, I can.  And the

22     President would have a robust authority to deal

23     with that.  That is not our argument.  So --

24           JUSTICE KENNEDY:  And your argument is

25     that courts have the -- the duty to review

1    whether or not there is such a national

2    exigency; that's for the courts to do, not the

3    President?

4           MR. KATYAL:  No.  I think you have

5    wide deference, Justice Kennedy.  It's exactly

6    what you said when you joined Justice Breyer's

7    opinion in Hamdan, which is, as long as -- you

8    know, Presidents have wide berth in this area,

9    but if -- you know, certainly, if there's any

10    sort of emergency that precludes it.

11          But when you have a statute that

12    considers the very same problem and there's

13    nothing new that they've identified in this

14    worldwide review process that Congress didn't

15    consider exactly the same types of things, it

16    is a perennial problem that countries do not

17    cooperate with the United States when it comes

18    to vetting.  You know, the --

19           CHIEF JUSTICE ROBERTS:  But that's in

20    the abstract.  I mean, they may have more --

21    the President may have more particular problems

22    in light of particular situations developing on

23    the ground, and, yes, Congress addressed the

24    question of the adequacy of vetting, but those

25    questions arise in particular contexts.

1          And it seems to me a difficult

2      argument to say that Congress was prescient

3      enough to address any particular factual

4      situation that might arise.

5          MR. KATYAL:  Well, that, again --

6      that's, again, Mr. Chief Justice, not our

7      argument.  So, for example, if something came

8      along like a virus that, you know, wiped out

9      the visa-processing software in all these other

10     countries, absolutely, the President would have

11     the power to do it.  But here --

12         CHIEF JUSTICE ROBERTS:  What about --

13     what about a change of administration in a

14     particular country --

15         MR. KATYAL:  Yes.

16         CHIEF JUSTICE ROBERTS:  -- in which

17     perhaps the vetting procedures are not going to

18     be taken seriously?

19         MR. KATYAL:  Right.

20         CHIEF JUSTICE ROBERTS:  That Congress

21     could not have anticipated?

22         MR. KATYAL:  Well, but, again,

23     Congress anticipated a country that is a "state

24     sponsor of terrorism" and even for -- with

25     respect to that, providing no information and

 1   indeed fomenting against the United States,

 2   Congress said, oh, we're not going to have a

 3   nationality ban.  You know, they flatly banned

 4   that and said we're going to have

 5   individualized vetting and this Visa Waiver

 6   Program carrot to try and deal with that, you

 7   know, dangerous regime.

 8          Now, again, I can imagine an emergency

 9   situation in which the President would have

10   even greater authority for that.  But, here, we

11   are 460 days later and I would caution the

12   Court not to make a decision about the

13   emergency you're concerned about.  That can be

14   bracketed as it was in Youngstown, as it was in

15   Hamdan.  This is so far from that.

16          The text of 1152 is flatly violated

17   here.  It says there shall be no discrimination

18   on the basis of nationality with the issuance

19   of visas.

20          That is 39 percent of all the visas

21   this executive order covers.  It's not a small

22   part.  It's a large part.  And it is the most

23   important part because immigrant visas are the

24   kind of heart about, you know, what the nation

25   becomes.  It's people who want to come here and

1   become part of our long-term polity.  This

2   executive order flatly contradicts that.

3          Now, if you accept his

4   interpretation -- he says, well, you know,

5   we're discriminating at the entry side, not at

6   the visa side.  If you do that, you are giving

7   the President the power to undo -- and he's

8   actually just done it -- he's undone the ban on

9   nationality-based discrimination.  He's imposed

10  country quotas of zero for these countries at

11  the border.

12          CHIEF JUSTICE ROBERTS:  If your --

13  your argument based on discrimination based on

14  the campaign statements, is there a statute of

15  -- no the one that you do make based on the

16  campaign statements, is there a statute of

17  limitations on that, or is that a ban from

18  presidential findings for the rest of the

19  administration?

20          MR. KATYAL:  So, Mr. Chief Justice, I

21  first want to be very clear about this.  Our

22  point about 1152 and the discrimination has

23  nothing to do with any campaign statements or

24  anything else.

25          It's purely the text of the

Official

1    proclamation, which is nationality-based

2    discrimination through and through.  Judge

3    Sentelle said you couldn't imagine a clearer

4    text than this.  And this is -- it violates it.

5              Now --

6              CHIEF JUSTICE ROBERTS:  My question

7    was on the --

8              MR. KATYAL:  -- you're asking about

9    the First Amendment.

10             CHIEF JUSTICE ROBERTS:  Yes.

11             MR. KATYAL:  I just want to make

12   absolutely clear that we're -- that's not --

13   you know, you don't need to do any of that for

14   purposes of 1152.  And that would knock out

15   39 percent of the most important part of the

16   executive order.

17             CHIEF JUSTICE ROBERTS:  My question,

18   of course --

19             MR. KATYAL:  Yes.  Now I'm getting --

20             CHIEF JUSTICE ROBERTS:  -- was not on

21   1152.

22             MR. KATYAL:  Yes.  I'm getting there.

23   Okay.

24             With respect to that, we don't think

25   -- we think that the test, as this Court has

1      said, a reasonable, objective observer viewing

2      all the statements, and we think, absolutely,

3      my friend is right, you shouldn't look to

4      campaign statements in general or stuff like

5      that, statements of a private citizen.

6              The only thing is, here, they

7      themselves, the President and his staff, have

8      rekindled exactly that.  If you look at page 70

9      of our red brief, you have a very good example

10     of this.

11             After the executive order, this latest

12     executive order was promulgated, the President

13     tweeted these three virulent anti-Muslim

14     videos.  And then the press spokesman was

15     asked:  What does this mean?  What is this

16     about?  And the answer was:  The President has

17     spoken about exactly this in the proclamation.

18             CHIEF JUSTICE ROBERTS:  My question

19     was whether or not the inhibition on the

20     ability to -- to enter one of the proclamations

21     applies forever?

22             MR. KATYAL:  Right.  No, I think the

23     President could have disclaimed -- you know,

24     easily moved away from all of these statements,

25     you know, but instead they embraced them.

1    That's the difference.

2            And so, absolutely, the President

3    would have wide berth to say that's a --

4            CHIEF JUSTICE ROBERTS:  So, if

5    tomorrow he issues a proclamation saying he's

6    disavowing all those statements, then the next

7    day he can reenter this proclamation?

8            MR. KATYAL:  That's exactly what this

9    Court said in McCreary.  This Court in McCreary

10   said, you know, the same policy can be

11   constitutional if said -- if promulgated by one

12   entity and not by another, depending on the

13   circumstances around it.

14           CHIEF JUSTICE ROBERTS:  Is your answer

15   to my question yes?

16           MR. KATYAL:  Yes.  The answer is --

17           CHIEF JUSTICE ROBERTS:  Tomorrow, he

18   issues a proclamation disavowing those

19   statements --

20           MR. KATYAL:  Absolutely.  And that's a

21   --

22           CHIEF JUSTICE ROBERTS:  -- then the

23   next day he could reenter this and your

24   discrimination argument would not be

25   applicable?

1          MR. KATYAL:  And -- and -- and, Mr.

2     Chief Justice, that's exactly what I told the

3     Ninth Circuit in May.  The President didn't do

4     that.  That's what's -- that's -- you know,

5     that's what a reasonable, objective observer --

6          JUSTICE SOTOMAYOR:  So if another --

7          JUSTICE ALITO:  Mr. Katyal, would any

8     reasonable observer reading this proclamation,

9     with -- without taking into account statements,

10    think that this was a Muslim ban?

11         I mean, there are -- I think there are

12    50 predominantly Muslim countries in the world.

13    Five -- five countries -- five predominantly

14    Muslim countries are on this list.

15         The population of the -- of the

16    predominantly Muslim countries on this list

17    make up about 8 percent of the world's Muslim

18    population.

19         MR. KATYAL:  Absolutely.

20         JUSTICE ALITO:  If you looked at the

21    10 countries with the most Muslims, exactly

22    one --

23         MR. KATYAL:  Right.

24         JUSTICE ALITO:  -- Iran, would be on

25    that list of the top 10.

```
 1              MR. KATYAL:  Right.
 2              JUSTICE ALITO:  So would a reasonable
 3    observer think this was a Muslim ban?
 4              MR. KATYAL:  If it were -- if it were
 5    just the text of the order alone, it might
 6    raise eyebrows, for fit and other reasons that
 7    the briefs go into, but we wouldn't be here.
 8    We absolutely agree that just -- it's the same
 9    test as in Lukumi and other cases.  You have to
10    look to all the circumstances around it that
11    are said, the publicly available ones.
12              You know, and, Justice Alito, the fact
13    that the order only come -- encompasses some
14    Muslim countries I don't think means it's not
15    religious discrimination.  For example, if I'm
16    an employer and I have 10 African-Americans
17    working for me and I only fire two of them, I
18    don't think -- you know, and say, well, I've
19    left the other eight in, I don't think anyone
20    can say that's not discrimination.
21              JUSTICE ALITO:  No, I -- I understand
22    that.  And it is one of our fundamental values
23    that there is religious freedom here for
24    everybody in that, number -- adherence to every
25    religion are entitled to equal treatment.
```

```
 1              My only point is that if you look at
 2     what was done, it does not look at all like a
 3     Muslim ban.  There are other justifications
 4     that jump out as to why these particular
 5     countries were put on -- on the list.
 6              So you -- it seems to me the list
 7     creates a strong inference that this was not
 8     done for that invidious purpose.
 9              MR. KATYAL:  Justice Alito, I think if
10     it were just the list, I think we'd be right --
11     you'd be right, although I'd point out that
12     you, yourself, in the Stormans case said that
13     it's a religious -- it raises an inference of
14     religious gerrymander, of "the burden imposed
15     falls almost exclusively on those with
16     religious objections."
17              This is a ban that really does fall
18     almost exclusively on Muslims, between
19     90.2 percent and 99.8 percent Muslims.  And so
20     it does look very much like what you said in
21     Stormans.  But even then, we wouldn't be here
22     if it weren't for all of the different
23     statements.
24              And the best evidence of this, about
25     what a reasonable, objective observer would
```

1    think, is to look at the wide variety of amicus

2    briefs in this case from every corner of

3    society representing millions and millions of

4    people from the U.S. Conference of Catholic

5    Bishops, which calls it "blatant religious

6    discrimination."

7         JUSTICE GORSUCH:  Mr. Katyal, on that,

8    it's been a long time since this Court has used

9    the Lemon test, reasonable observer, even to

10   strike down a domestic statute, let alone

11   something with purely international

12   application.  What -- what do we do about that?

13        MR. KATYAL:  Yeah, so two things.

14   Number one is I think the very fact that this

15   is immigration cuts the other way.  I mean, the

16   heart of the First Amendment is about

17   immigration restrictions on, for example,

18   Catholics at the founding and our protest of

19   King George, which is all about using the

20   immigration power to exclude people of a

21   different faith.  And that's what our

22   Constitution is about.  So that's the first

23   thing.

24        And the second is we don't think you

25   have to get into Lemon and all these other

Official

68

```
 1    tests that you all have struggled with.  I
 2    think this Court in Lukumi was very clear in
 3    saying that, when you're talking about
 4    denigration of religion, all the tests point in
 5    the same direction.
 6            JUSTICE SOTOMAYOR:  Mr. Katyal, you
 7    said something earlier, you said you wouldn't
 8    be here if all of those statements, the
 9    background statements, were not made.  Do you
10    mean that on all of your bases?  You wouldn't
11    be here on the Establishment Clause claim?
12            MR. KATYAL:  Only on the Establishment
13    Clause claim, not on anything else.  And our
14    point is, you know, he talks about, for
15    example, this worldwide vetting process.
16            Remember his own argument on 1182 is
17    the statute puts the President --
18            JUSTICE SOTOMAYOR:  So let's -- let's
19    go back to not being here without the
20    statements.  Clearly, the statements, even
21    conceded by your adversary, do give you a basis
22    to look behind, all right, the reason.
23            So, if we're looking behind it, how do
24    you deal with the General's suggestion that
25    there was a cleansing that occurred because of
```

 1    all of the agencies and departments who

 2    participated in this process?

 3            MR. KATYAL:  Yeah.  So there's three

 4    things.  Number one is that his -- his own

 5    argument is that 1182 puts the President in the

 6    driver's seat, so the cabinet's not important.

 7    It's the President's proclamation.

 8            Second, the order itself says in its

 9    first lines, it harkens back to Executive

10    Orders 1 and 2, and it says it's an outgrowth

11    of that.  So it was infected by the same thing

12    that was struck down on Establishment Clause

13    grounds in other cases.

14            And third, and most importantly, the

15    President before this review process even began

16    tweeted and said that he wanted a tougher ban,

17    a non-politically-correct ban and the like.

18            So given all of those things, but, in

19    particular, given the fact that 1182 itself

20    forces the President to make the proclamation,

21    it's the President's proclamation, so I don't

22    think you even have to get into this whole

23    unitary executive thing, but I do agree with

24    you, Justice Sotomayor, that that's another

25    problem, which is they're coming before the

1    Court and saying:  Nope, it's the President

2    who's in charge.  And now they're saying here:

3    Oh, no, no, no, it's these other people.

4          This is the President's proclamation

5    through and through.  No President has ever

6    said anything -- anything like this.  And

7    that's what makes this different.

8          And the President --

9          JUSTICE KAGAN:  And -- and yet, Mr.

10   Katyal, you have a proclamation that says there

11   are important national security interests at

12   stake.  And the question is how to do the kind

13   of analysis that you want us to do without in

14   some sense evaluating the adequacy of those

15   national security interests, which for the most

16   part we've said courts are not equipped to do.

17         MR. KATYAL:  Right.  We're not asking

18   you to second-guess a national security

19   judgment at all with the purpose of the

20   Establishment Clause.

21         We're saying you just have to look to

22   what a reasonable, objective observer would do.

23   That's the ordinary test that you've used in

24   cases like Lukumi.  Is there an official

25   purpose to disparage a religion?  Here, there

1    very much is.  That's, you know, everything

2    that the President has said and that the order

3    itself embodies.  That's our fundamental

4    problem.

5              JUSTICE BREYER:  What do you think --

6    it's a -- it's a -- it's still something I'm --

7    I'm thinking about, perhaps to the side, but

8    the statute you point to, one of the ones that

9    is stronger for you.  There are obviously

10   objections to what you're saying in quite a few

11   briefs, all right, but the one that you talked

12   about, it does say you have to have an

13   interview with a consular official if the

14   person is from a country officially designated

15   by the Secretary as a state sponsor of

16   terrorism.  It does say that.

17             So they'll say, but we do have that in

18   respect to everyone under the exception.  So

19   there isn't much problem.  We've gone beyond

20   that in respect to other people.  All right.

21   Take their argument for a moment.

22             Because my question is, which I

23   couldn't find in the briefs, is, is it true --

24   I'm just taking what they say -- that really

25   that isn't so, they don't publicize it, they

1    haven't put forth a guidance, people don't know

2    they can come in and qualify for this.

3           And if it turns out that that is

4    something that is important to the lawfulness

5    of the order, because there are many, many

6    categories there --

7           MR. KATYAL:  Right.

8           JUSTICE BREYER:  -- what do we do?

9           MR. KATYAL:  So two things.  Number

10   one, this waiver process has excluded -- and

11   you have this in the PARS Equality brief at

12   page 14.  A 10-year-old with cerebral palsy who

13   wants to come to the United States to save her

14   life and she can't move or talk.  The

15   10-year-old was denied a waiver, Justice

16   Breyer.

17          He says there's 430 people who have

18   gotten waivers.  They've never told you the

19   denominator and there's no publication of this

20   process and how -- how often it is.  And the

21   data that we do have suggests as a matter of

22   percentages it's very weak.

23          Just to give you some evidence of

24   that, just the State of Hawaii has gotten about

25   1,000 letters from people, most of which say

1    we're not even getting waivers on the like.

2              JUSTICE GORSUCH:  That --

3              MR. KATYAL:  We've heard very few

4    instances --

5              JUSTICE GORSUCH:  -- raises a question

6    of remedy for me.

7              MR. KATYAL:  Yes.

8              JUSTICE GORSUCH:  We have this

9    troubling rise of this nationwide injunction,

10   cosmic injunction --

11             MR. KATYAL:  Yeah, yeah.

12             JUSTICE GORSUCH:  -- not limited to

13   relief for the parties at issue or even a class

14   action.

15             MR. KATYAL:  Right.

16             JUSTICE GORSUCH:  And, near as I can

17   tell, that's -- that's a really new development

18   where a district court asserts the right to

19   strike down a -- a federal statute with regard

20   to anybody anywhere in the world.

21             MR. KATYAL:  Yeah.

22             JUSTICE GORSUCH:  What -- what do we

23   do about that?

24             MR. KATYAL:  Obviously, the injunction

25   here has been trimmed by this Court itself and

1      others.  And I do think -- I -- I share your

2      impulse, Justice Gorsuch.  That's something

3      that, I think, lower courts are debating right

4      now in a number of different contexts, like the

5      contraception case and the like.

6          I think this case is the poorest

7      example to get into it because of United States

8      versus Texas's point, which is this is an

9      immigration case, and Article I Section 8 puts

10     Congress in the driver's seat and says there

11     must be a uniform rule of naturalization.

12         So I think, for those reasons, you

13     know, I get why the Court might want to get

14     into it.  Getting into it here, I think, in the

15     Supreme Court, probably doesn't make a

16     tremendous amount of sense.  It would almost be

17     an advisory opinion.

18         Our fundamental point to you, though,

19     is that Congress is in the driver's seat when

20     it comes to immigration, and that this

21     executive order transgresses the limits that

22     every President has done with this proclamation

23     power since 1918.  And to accept it here is to

24     accept that the President can take an iron

25     wrecking ball to the statute and pick and

1    choose things that he doesn't want for purposes

2    of our immigration code.  That can't be the law

3    of the United States.

4            CHIEF JUSTICE ROBERTS:  Take five

5    extra minutes.  Okay?

6            MR. KATYAL:  Okay.

7            (Laughter.)

8            CHIEF JUSTICE ROBERTS:  You don't have

9    to.

10           (Laughter.)

11           MR. KATYAL:  Well, if there are -- if

12   there are any other questions, I'm happy to

13   take anything.  Okay?  Thank you.

14           CHIEF JUSTICE ROBERTS:  Thank you,

15   counsel.

16           Five minutes for rebuttal, General.

17    REBUTTAL ARGUMENT OF GENERAL NOEL J. FRANCISCO

18           ON BEHALF OF THE PETITIONERS

19           GENERAL FRANCISCO:  Mr. Chief -- Mr.

20   Chief Justice, and may it please the Court:

21           I -- I really do have just a few quick

22   points, unless Your Honors have additional

23   questions.

24           Justice Breyer, I did want to respond

25   in more detail to your question about how the

```
 1    waiver process works.  The State Department
 2    does publish the waiver process on its website,
 3    but the waiver process actually is applied
 4    automatically by consular officers.
 5             So, when somebody applies for a visa,
 6    the waiver -- the visa officer first determines
 7    whether the person is otherwise admissible
 8    under other provisions of the INA.
 9             If they're inadmissible, you never
10    even get to the proclamation.  Then, for those
11    people who are not inadmissible under other
12    parts of the INA, like 1182(a), the consular
13    officer then turns to the proclamation and
14    first asks:  Are you subject to an exception
15    within the proclamation?  If you are, fine, and
16    the proclamation never applies.
17             If you're not subject to an exception,
18    then the consular officer, him or herself,
19    turns to the waiver provision and applies the
20    criteria of the waiver provision.
21             JUSTICE GINSBURG:  How do you deal
22    with the --
23             GENERAL FRANCISCO:  So it does get
24    applied in every single case.
25             JUSTICE GINSBURG:  How -- how do you
```

1   deal with the example that was brought up of

2   the child with cerebral palsy?

3            GENERAL FRANCISCO:  Your Honor, the

4   waiver is built to address those issues.  I am

5   not familiar enough with the details of that

6   case to tell you what happened in that

7   particular case.  But that's what the waiver

8   provision --

9            JUSTICE BREYER:  But that's -- that's,

10  you see --

11           GENERAL FRANCISCO:  -- is intended to

12  address.

13           JUSTICE BREYER:  You've read the

14  briefs, as have I.  All right.  Now there are

15  some that lists about 10 or 15 instances like

16  the cerebral palsy.  One has Parkinson's.  Then

17  there's another brief that lists all the people

18  who are professors, scholars, at universities,

19  and there are a lot.  And -- and then there are

20  people, they list the students from these

21  countries, a lot.

22           GENERAL FRANCISCO:  Yeah.

23           JUSTICE BREYER:  And then the business

24  community lists a -- a whole bunch and says, my

25  goodness, they have been unable to get -- we

1   don't know what's going on.

2          And then they say:  Well, what's going

3   on is nothing is going on.

4          GENERAL FRANCISCO:  Well, Your Honor

5   --

6          JUSTICE BREYER:  Now I don't -- I'm

7   not taking sides on that.  I'm just saying I

8   don't know.

9          GENERAL FRANCISCO:  Right.  And the

10  principal purpose of the proclamation is, of

11  course, to assert pressure on these countries

12  in order to provide us with the needed

13  information, which brings me to the second

14  point in the four that I'm hoping to try to

15  make.  And that is that the individual vetting

16  process depends upon us having the minimum

17  baseline of information needed to determine in

18  that vetting process whether the person is

19  admissible.

20          So, when the person shows up at our

21  border with a visa that we may have validly

22  issued pursuant to that individual vetting

23  process, but if her home government knows

24  something that we don't and doesn't tell us, we

25  cannot intelligently make the admissibility

1    determination.

2            Third, I'd like to address the

3    1152(a)(1)(A) point about nationality-based

4    discrimination.

5            JUSTICE SOTOMAYOR:  General, could you

6    stop just one second?

7            GENERAL FRANCISCO:  Yes, Your Honor,

8    of course.

9            JUSTICE SOTOMAYOR:  I for one am, like

10   Justice Breyer, concerned about is this window

11   dressing or not?  What's in place to ensure

12   it's not?  What are you personally doing to

13   represent to us that it is, in fact, a real

14   waiver process --

15           GENERAL FRANCISCO:  Your Honor, State

16   Department consular officers automatically

17   apply the waiver process in the course of every

18   visa application.  And they are doing that,

19   which is why there have been -- and I looked at

20   our brief -- 430 waivers that have been issued

21   since --

22           JUSTICE SOTOMAYOR:  Have you bothered

23   --

24           GENERAL FRANCISCO:  -- the

25   proclamation was issued.

1          JUSTICE SOTOMAYOR:  -- to look to see

2     if there are reasons for all of those people's

3     exclusions?

4          GENERAL FRANCISCO:  Your Honor, I

5     cannot claim that I have looked into every

6     individual case.

7          JUSTICE KENNEDY:  Could you make your

8     1152 point?

9          GENERAL FRANCISCO:  Yes, Your Honor.

10    1152(a)(1)(A) addresses one thing, the issuance

11    of immigrant visas.  It doesn't address the

12    broader question over whether somebody's

13    allowed to enter in the first place.

14          That's governed by 1182, including

15    1182(f).  So, essentially, 1182 sets the

16    universe of people who are eligible to come

17    into the country in the first place.

18          And that is often a foreign policy and

19    national security judgment.  1152(a)(1)(A) is

20    one of the rules that governs how we distribute

21    visas amongst that group that's eligible to

22    come in.

23          And it's not just nationality-based

24    distinctions that it applies to.  It also

25    applies to things like place of residence.  So,

1      once you have that universe of eligible people,

2      1152(a)(1)(A) governs how you distribute them.

3              But let's assume that you disagreed

4      with me.  All it would really mean is that we

5      have to implement this proclamation in a

6      slightly different way.

7              We would have to issue immigrant visas

8      but not non-immigrant visas to people who

9      aren't allowed to enter, but we wouldn't have

10     to allow anyone to enter and we wouldn't have

11     to issue any non-immigrant visas.

12             So the bottom line is I think they're

13     simply wrong on that case -- on that issue.

14             My final point has to do with my -- my

15     brother's recognition that, if the President

16     were to say tomorrow that he was sorry, all of

17     this would go away.  Well, the President has

18     made crystal-clear on September 25 that he had

19     no intention of imposing the Muslim ban.

20             He has made crystal-clear that Muslims

21     in this country are great Americans and there

22     are many, many Muslim countries who love this

23     country, and he has praised Islam as one of the

24     great countries of the world.

25             This proclamation is about what it

Official

```
 1   says it's about:  Foreign policy and national

 2   security.  And we would ask that you reverse

 3   the court below.

 4           CHIEF JUSTICE ROBERTS:  Thank you,

 5   counsel.  The case is submitted.

 6           (Whereupon, at 11:09 a.m., the case

 7   was submitted.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Official

## 1

**1** [1] 69:10
**1,000** [1] 72:25
**10** [4] 64:21,25 65:16 77:15
**10-year-old** [4] 52:3,5 72:12,15
**10:02** [2] 1:16 3:2
**100** [4] 35:3 40:7 48:13 53:10
**11** [1] 44:10
**11:09** [1] 82:6
**1152** [7] 40:17 49:4 59:16 60:22 61:14,21 80:8
**1152(a)(1)(A** [2] 79:3 80:10,19 81:2
**1182** [10] 10:18 44:19 47:21 49:9 54:1 68:16 69:5,19 80:14,15
**1182(a** [1] 76:12
**1182(f** [18] 4:5,9,13,18 5:4 6:16 7:11,20 10:25 13:14 38:16 43:22,25 44:10 45:1 49:7 54:4 80:15
**12** [1] 55:22
**1202(h)(2** [1] 55:23
**1361** [1] 43:2
**14** [1] 72:12
**15** [1] 77:15
**150** [2] 32:5 36:18
**17** [1] 36:14
**17-965** [1] 3:4
**180** [2] 46:18,21
**19** [1] 55:5
**1918** [1] 74:23
**1965** [1] 45:22

## 2

**2** [1] 69:10
**20** [1] 40:8
**2001** [1] 45:24
**2015** [1] 45:25
**2018** [1] 1:12
**25** [2] 1:12 81:18

## 3

**3** [1] 2:4
**38** [1] 2:7
**39** [2] 59:20 61:15

## 4

**400** [2] 36:15,18
**43** [1] 47:15
**430** [2] 72:17 79:20
**46** [1] 34:18
**460** [2] 41:19 59:11

## 5

**50** [1] 64:12

## 7

**70** [2] 50:12 62:8
**75** [1] 2:10

## 8

**8** [2] 64:17 74:9
**80** [2] 30:8,12

## 9

**90.2** [1] 66:19

**99.8** [1] 66:19

## A

**a.m** [1] 1:16 3:2 82:6
**Abilene** [1] 54:25
**ability** [1] 62:20
**able** [2] 22:10 51:11
**above-entitled** [1] 1:14
**abroad** [1] 21:13
**absolute** [1] 42:8
**absolutely** [12] 41:14 42:13 45:20 49:2,17 58:10 61:12 62:2 63:2,20 64:19 65:8
**abstract** [1] 57:20
**academic** [1] 34:18
**accept** [8] 13:8 45:4 50:3,5 53:9 60:3 74:23,24
**acceptability** [1] 10:8
**account** [2] 10:5 64:9
**accurate** [1] 12:18
**across** [3] 10:7 25:24 29:23
**act** [4] 12:8 17:7 42:1 43:22
**acting** [1] 3:13
**action** [4] 25:11 38:5 49:15 73:14
**actions** [1] 24:7
**activity** [1] 31:18
**acts** [3] 4:10 28:11,19
**actually** [14] 11:19,23 12:25 17:5, 21 21:12 23:1 24:10 25:7 29:9 37:21 43:19 60:8 76:3
**add** [1] 6:4
**added** [1] 5:19
**addition** [2] 6:17 15:1
**additional** [1] 75:22
**address** [10] 7:1 12:6,18 13:3 29:9 58:3 77:4,12 79:2 80:11
**addressed** [2] 5:9 57:23
**addresses** [3] 7:6 39:9 80:10
**adequacy** [2] 57:24 70:14
**adequate** [1] 6:10
**adherence** [1] 65:24
**administration** [2] 58:13 60:19
**admissibility** [3] 7:8 8:20 78:25
**admissible** [4] 4:24 8:16 76:7 78:19
**admission** [1] 39:23
**admitted** [1] 34:23
**adopt** [1] 3:14
**adopts** [1] 3:18
**adversary** [1] 68:21
**advice** [2] 17:9 28:9
**advisors** [2] 48:21 50:10
**advisory** [1] 74:17
**affirm** [1] 5:24
**afford** [1] 38:19
**afoul** [1] 50:8
**African-Americans** [1] 65:16
**agencies** [5] 19:25 25:15,16 40:6 69:1
**agree** [3] 15:22 65:8 69:23
**ahead** [1] 30:10
**air** [1] 48:23
**AL** [2] 1:4,7
**aliens** [16] 4:24 12:8 16:25 21:13

**39:**9,14 44:11,14,17 51:5,8,11,20 52:10,11,18
**ALITO** [16] 43:21,24 44:6,8,13 45:15 46:11 56:11,19 64:7,20,24 65:2,12,21 66:9
**allies** [1] 7:3 17:19
**allow** [3] 4:13 44:20 81:10
**allowed** [3] 17:8 80:13 81:9
**allowing** [1] 53:18
**almost** [3] 11:6 15:5,6 30:7,12 66:15,18 74:16
**Alomari** [2] 52:2,2
**alone** [2] 65:5 67:10
**already** [3] 6:10,24 39:7
**although** [3] 37:9 44:14 66:11
**Amendment** [3] 39:6 61:9 67:16
**American** [1] 11:11
**Americans** [2] 40:11 81:21
**amicus** [1] 67:1
**amongst** [1] 80:21
**amount** [1] 74:16
**analysis** [3] 9:14 16:24 70:13
**animus** [1] 17:10
**another** [10] 5:19 12:20 27:9 35:18 54:6,19 63:12 64:6 69:24 77:17
**answer** [9] 6:15 11:9 36:9 38:9 45:3 51:13 62:1 63:14,16
**answers** [1] 53:2
**anti-atheist** [1] 22:4
**anti-Muslim** [2] 50:6 62:13
**anti-Semite** [1] 16:3
**anti-Semitic** [2] 19:4 26:19
**anti-Semitism** [1] 16:15
**anticipated** [2] 58:21,23
**anybody** [1] 73:20
**anyway** [1] 31:4
**APPEARANCES** [1] 1:18
**appears** [1] 31:8
**applicable** [1] 63:25
**application** [2] 67:12 79:18
**applied** [10] 11:16,19 15:3 19:13, 23 26:9 29:23 38:14 76:3,24
**applies** [9] 3:22 17:1 21:13 62:21 76:5,16,19 80:24,25
**apply** [9] 14:7 15:8,9 19:18 21:12 23:1 25:16 35:9 79:17
**approach** [1] 46:8
**appropriate** [1] 30:25
**April** [1] 1:12
**arbiter** [1] 26:22
**area** [5] 4:19 10:16 15:19 47:18 57:8
**aren't** [2] 43:11 81:9
**arguably** [1] 47:17
**argued** [1] 23:6
**argument** [17] 1:15 2:2,5,8 3:4,8 12:1,2,4,14,22 13:2,7 14:7,10,13 19:9,12 38:22 45:3 47:4 48:10, 11 49:22,24 51:5 54:11 56:23,24 58:2,7 60:13 63:24 68:16 69:5 71:21 75:17
**arguments** [5] 30:14 40:16 50:6 52:9,15

**arise** [2] 57:25 58:4
**around** [3] 48:14 63:13 65:10
**Article** [2] 13:6 74:9
**aside** [1] 44:14
**asks** [3] 16:9 51:9 76:14
**assert** [2] 51:11 78:11
**asserts** [1] 73:11
**associate** [1] 22:11
**associated** [1] 8:12
**assume** [4] 19:8,1,10 26:1 81:3
**assumption** [3] 30:16 37:24 51:3
**attitude** [1] 22:7
**Attorney** [1] 5:23
**authorities** [1] 49:18
**authority** [7] 6:9,16 7:12 38:15 42:15 56:22 59:10
**authorize** [2] 42:6,10
**automatically** [2] 76:4 79:16
**available** [1] 65:11
**aware** [2] 39:17,25
**away** [2] 62:24 81:17

## B

**back** [6] 23:4 35:19 47:15 48:13 68:19 69:9
**backdrop** [1] 26:13
**background** [2] 26:20 68:9
**balance** [2] 46:2 48:18
**ball** [2] 50:18 74:25
**ban** [21] 29:11,13 39:21 40:13,17 43:15 46:6 48:17 49:20 53:24 55:20 56:4 59:3 60:8,17 64:10 65:3 66:3,17 69:16,17 81:19
**banned** [1] 59:3
**bans** [3] 39:24 45:21 46:1
**bar** [3] 14:20 39:3 55:2
**bare** [1] 30:3
**based** [7] 14:15 17:25 27:5 29:22 60:13,13,15
**baseline** [14] 3:16,21,23 7:22 8:19 9:7,21,24 15:4,7 19:23 30:2 39:19 78:17
**bases** [1] 68:10
**basic** [4] 6:15 7:25 12:7 30:14
**basically** [2] 23:7,25
**basis** [8] 8:5 17:17,24 19:16 46:11 50:2 59:18 68:21
**became** [1] 39:17
**become** [1] 60:1
**becomes** [1] 59:25
**began** [1] 69:15
**behalf** [9] 1:21,22 2:4,7,10 3:9 38:23 51:18 75:18
**behind** [2] 68:22,23
**believe** [1] 36:14
**below** [6] 3:23 9:21,24,24 26:2 82:3
**benefit** [1] 7:3
**berth** [2] 57:8 63:3
**best** [1] 66:24
**better** [3] 10:22 18:17 52:21
**between** [2] 54:18 66:18
**beyond** [2] 35:12 71:19
**big** [3] 39:24 40:5 53:20

bigger [1] 44:6
bill [4] 42:6,9,11,12
biological [1] 40:10
biometric [1] 43:3
Bishops [1] 67:5
bit [2] 6:14 14:1
blatant [1] 67:5
Blatt [1] 34:20
block [1] 42:12
border [4] 8:8,14 60:11 78:21
both [5] 20:7 27:4 30:19 40:20 44:
2
bothered [1] 79:22
bothering [1] 23:5
bottom [1] 81:12
bounds [1] 28:14
bracketed [1] 59:14
branch [8] 7:15,16,17,18 23:12 27:
8,9 28:13
BREYER [49] 13:15 30:6,11,22 31:
11,14,22 32:1,4,11,14,16,24 33:2,
6,10,16,20,23 34:2,5,8,12 35:1,11,
15,23 36:3,6,9,11,17,20 37:2,11,
18,22 38:2 44:3 52:4 71:5 72:8,16
75:24 77:9,13,23 78:6 79:10
Breyer's [1] 57:6
brief [14] 34:20 35:8,18 36:12 43:
20 46:4 48:13 50:11 52:3 55:5 62:
9 72:11 77:17 79:20
briefed [1] 53:4
briefs [9] 4:13 30:8 34:16 45:2 65:
7 67:2 71:11,23 77:14
bring [7] 20:13,16,24 21:10 22:12
51:6 52:22
bringing [1] 51:16
brings [1] 78:13
broad [5] 4:18 11:4,6 44:20,25
broader [1] 80:12
broadly [1] 42:9
broke [1] 25:6
brother's [1] 81:15
brought [1] 77:1
Brown [1] 54:24
built [1] 77:4
bunch [1] 77:24
burden [2] 39:15 66:14
burdens [1] 43:1
business [4] 31:16 34:17 36:7 77:
23

### C

cabinet [9] 16:9 17:2,4 19:24 24:
22,25 25:1,14 28:10
cabinet's [1] 69:6
cabinet-level [3] 15:3 18:3 19:22
California [1] 53:25
call [1] 27:8
calls [1] 67:5
came [2] 1:14 58:7
campaign [9] 16:8 28:5,6,21 29:1
60:14,16,23 62:4
candidate [1] 28:17
cannot [5] 8:15 21:19 56:19 78:25
80:5

careful [1] 44:23
carrot [2] 56:9 59:6
carrots [3] 39:21 43:12 46:9
Carter [6] 9:3 10:13 11:3 30:18 35:
5 38:4
Carter's [4] 11:13,16,18,22
Case [25] 3:4 10:9 12:22 13:17 14:
11 15:10,15 19:8 20:11 23:6 45:
14 51:15 54:24 66:12 67:2 74:5,6
9 76:24 77:6,7 80:6 81:13 82:5,6
case-by-case [5] 30:19,23,25 38:
7,7
cases [5] 15:19 55:1 65:9 69:13
70:24
categories [1] 72:6
Catholic [1] 67:4
Catholics [1] 67:18
caution [1] 59:11
cerebral [4] 52:6 72:12 77:2,16
certain [3] 11:17 14:20 18:16
certainly [2] 50:15 57:9
Chad [3] 4:6 10:10 29:17
chain [1] 45:7
challenge [4] 20:10 21:23 22:1 51:
16
change [5] 9:2 33:14 40:1,2 58:13
charge [2] 24:5 70:2
check [1] 25:4
chemical [1] 40:10
CHIEF [49] 3:3,10 11:25 12:11,17,
21 13:1 30:9 38:17,18,21,24 40:4
41:1,8,20,24 42:5 48:20 49:6,13,
14,21 50:1,5,21 57:19 58:6,12,16,
20 60:12,20 61:6,10,17,20 62:18
63:4,14,17,22 64:2 75:4,8,14,19,
20 82:4
child [1] 77:2
choices [1] 39:3
choose [1] 75:1
Christian [1] 22:2
Circuit [3] 26:3,3 64:3
circumstances [4] 31:1 40:1 63:
13 65:10
cite [2] 7:6 13:21
citizen [3] 28:7,12 62:5
citizens [1] 51:16
claim [13] 20:20 26:6,11,13,14,16,
24 21:2,11,15 22:25 50:14 68:11,
13 80:5
claimed [1] 26:24
claims [4] 13:17 21:5 22:19 51:7
class [10] 32:2,7,18 34:13 44:2,9,
13,14,16 73:13
Clause [15] 13:20 19:14 20:6,9 21:
2,11,18 22:25 28:8 49:24 55:1 68:
11,13 69:12 70:20
cleansing [1] 68:25
clear [8] 9:23 17:20 21:23 50:16
54:15 60:21 61:12 68:2
clearer [1] 61:3
Clearly [1] 68:20
close [1] 31:19
closest [2] 7:3 17:19
Code [2] 53:20 75:2

coequal [1] 27:9
coexist [2] 55:7,19
college [1] 22:2
come [13] 13:24 17:5 32:10 46:21
52:6 53:15 55:23 59:25 65:13 72:
2,13 80:16,22
comes [3] 13:22 57:17 74:20
coming [5] 7:9 27:16 42:21 43:2
69:25
comments [2] 16:6 19:4
committee [5] 5:12 24:1,7,8
community [3] 34:17,18 77:24
companies [1] 46:4
compare [1] 10:12
complaining [1] 34:17
complete [1] 11:8
completely [2] 24:10 54:6
comply [1] 25:1
comports [1] 40:18
comprehensive [2] 55:9,16
concede [3] 41:22 52:18 53:2
conceded [1] 68:21
Concepcion [1] 54:25
concern [2] 5:9 26:12
concerned [3] 32:17 59:13 79:10
concerns [2] 11:22 12:9
concluded [4] 15:5 20:1 25:18 29:
24
conduct [2] 8:24 9:5
Conference [1] 67:4
confident [1] 19:15
confidential [1] 26:5
confidentiality [1] 26:12
confirms [1] 29:21
conflict [1] 54:16
conflicts [1] 39:2
Congress [4] 4:10,15 5:7,10 6:4,
8,10,24 38:5 39:7,17,20,25 41:17,
25 42:16,24 43:9,13,21,22 44:21
45:22 47:10,10,11 48:17 53:13 55:
8,10,16 56:1 57:14,23 58:2,20,23
59:2 74:10,19
Congress's [7] 39:2 40:19 43:18
45:23 47:17 50:19 53:12
consequences [1] 50:17
consider [6] 19:9 28:4 37:19,23
38:11 57:15
considerations [4] 10:6 46:3,3
48:19
considered [1] 55:11
considers [1] 57:12
consistent [2] 28:20 47:18
constantly [1] 7:18
constitute [2] 44:16 49:22
Constitution [3] 24:24 28:9 67:22
constitutional [6] 13:17 15:10 19:
18 21:14 50:14 63:11
constitutionally [1] 28:10
construct [1] 25:16
consular [6] 12:1 71:13 76:4,12,
18 79:16
contacts [1] 31:15
contemplated [1] 54:10
context [3] 16:15,23 18:25

contexts [2] 57:25 74:4
continuing [2] 47:2,23
contours [1] 15:21
contraception [1] 74:5
contradicts [1] 60:2
contrary [2] 54:6,14
contravention [2] 55:3,4
convinced [1] 48:7
cooperate [5] 8:4 39:10 46:10 48:
15 57:17
cooperated [1] 39:22
cooperating [3] 42:20 43:11 55:
19
core [1] 7:20
corner [1] 67:2
correct [4] 13:9,11 43:23 44:12
cosmic [1] 73:10
Cotton [1] 54:25
couldn't [3] 22:23 61:3 71:23
counsel [2] 75:15 82:5
countermand [2] 45:9 50:19
countermanded [1] 47:17
countermanding [1] 43:17
countermands [4] 45:23 53:12
countries [45] 3:15,22,25 5:18,21,
22 7:4,9 9:19,20 10:4,7 11:12 15:
7 22:12 25:22,24 26:10 29:16 32:
4 36:21 39:10,12,18,21 42:19 43:
11 46:9 48:15 55:18 56:6 57:16
58:10 60:10 64:12,13,14,16,21 65:
14 66:5 77:21 78:11 81:22,24
country [29] 4:1,6 8:11 9:9 15:4
19:25 25:17,18 27:16 30:5 32:10
42:15 43:6 44:16 49:1 51:6,9,12,
21 52:10,12 56:15 58:14,23 60:10
71:14 80:17 81:21,23
country's [1] 17:19
couple [2] 27:1 32:22
course [8] 13:23 16:7,9 35:20 61:
18 78:11 79:8,17
COURT [22] 1:1,15 3:11 12:18 13:
8 14:23 38:25 52:23 53:5 59:12
61:25 63:9,9 67:8 68:2 70:1 73:18,
25 74:13,15 75:20 82:3
Court's [3] 41:12 45:13 54:23
courts [5] 26:6 56:25 57:2 70:16
74:3
covered [2] 11:14 29:17
covers [1] 11:12 59:21
created [2] 5:8,15
creates [1] 66:7
credit [1] 39:22
criminal [2] 8:3 30:4
crisis [2] 47:7 48:2
criteria [5] 5:12 9:10 29:23,24 33:
19,21 39:19 76:20
cross [1] 16:13
crystal-clear [2] 81:18,20
Cuba [2] 9:5 47:6
current [1] 36:13
cuts [1] 67:15

### D

D.C [3] 1:11,20,22

**danger** [1] 5:25
**dangerous** [1] 59:7
**data** [1] 72:21
**daughter** [1] 52:5
**day** [5] 28:19 40:8,14 63:7,23
**days** [4] 41:19 46:18,21 59:11
**deal** [8] 42:24,25 43:10 56:22 59:6
  68:24 76:21 77:1
**deals** [1] 55:17
**dealt** [3] 17:3 41:12 45:13
**debating** [1] 74:3
**decent** [1] 36:6
**decided** [3] 6:10 12:12,13
**decision** [3] 21:22 41:10 59:12
**decisions** [1] 54:23
**deemed** [1] 56:16
**deems** [1] 47:22
**defend** [1] 24:23
**deference** [2] 41:18 57:5
**defies** [1] 39:3
**definite** [1] 35:6
**definitely** [1] 20:9
**deliberations** [1] 24:18
**denied** [1] 72:15
**denigrating** [1] 16:6
**denigration** [1] 68:4
**denominator** [1] 72:19
**Department** [3] 1:20 76:1 79:16
**departments** [1] 69:1
**depending** [1] 63:12
**depends** [1] 78:16
**described** [3] 8:11 26:14 53:5
**designated** [2] 5:18 71:14
**despite** [1] 12:14
**detail** [3] 10:20 27:4 75:25
**detailed** [3] 10:18,25 11:10
**details** [1] 77:5
**determination** [2] 8:15 79:1
**determine** [4] 4:24 7:8 8:19 78:17
**determined** [1] 7:14
**determines** [1] 76:6
**developing** [1] 57:22
**development** [1] 73:17
**difference** [2] 27:24 63:1
**different** [10] 8:22 35:12 40:16 53:
  16 55:11 66:22 67:21 70:7 74:4
  81:6
**difficult** [2] 17:16 58:1
**diplomatic** [5] 3:24 18:12,15,18
  33:13
**direct** [3] 54:15 55:3,4
**direction** [2] 55:12 68:5
**directly** [6] 50:10 51:23,23 52:1,25
  54:13
**disagree** [1] 46:10
**disagreed** [1] 81:3
**disavowing** [2] 63:6,18
**disclaimed** [1] 62:23
**discretion** [1] 47:2
**discriminating** [1] 60:5
**discrimination** [17] 39:4 40:17,22
  48:25 49:4,23 50:2 59:17 60:9,13,
  22 61:2 63:24 65:15,20 67:6 79:4
**disease** [1] 31:19

**dislike** [1] 21:17
**disparage** [1] 70:25
**distinctions** [1] 80:24
**distinguish** [1] 15:14
**distribute** [2] 80:20 81:2
**district** [1] 73:18
**Doe** [1] 8:8
**doing** [8] 6:3 22:9 25:14 50:15 54:
  5,19 79:12,18
**domestic** [2] 19:13 67:10
**DONALD** [2] 1:3 3:5
**done** [9] 19:24 24:12 26:7 35:4 44:
  21 60:8 66:2,8 74:22
**doom** [1] 46:15
**dot** [1] 16:12
**down** [4] 25:6 67:10 69:12 73:19
**dressing** [3] 35:9,21 79:11
**driver's** [3] 69:6 74:10,19
**dropped** [1] 74:16
**duty** [2] 27:6 56:25
**duty-bound** [1] 24:23

---

**E**

**earlier** [2] 27:13 68:7
**easily** [1] 62:24
**easy** [1] 19:7
**economic** [1] 46:3
**economics** [1] 53:23
**effectively** [1] 28:1
**eight** [1] 65:19
**either** [2] 11:12 26:5
**elected** [2] 16:2 28:19
**eligible** [3] 80:16,21 81:1
**embodies** [1] 71:3
**embodiment** [1] 28:13
**embraced** [1] 62:25
**emergency** [5] 40:23 41:15 57:10
  59:8,13
**emerges** [2] 16:14,16
**employed** [1] 31:23
**employer** [1] 65:16
**enacted** [1] 43:22
**encompasses** [1] 65:13
**end** [6] 16:20,22 23:14 45:5,7 46:
  22
**ends** [2] 46:14 47:8
**engaging** [1] 8:25
**engineers** [2] 53:22,24
**enough** [4] 4:15 6:8 58:3 77:5
**ensure** [2] 26:23 79:11
**enter** [7] 16:17 21:14 40:9 62:20
  80:13 81:9,10
**entire** [1] 8:10
**entirely** [1] 54:4
**entitled** [1] 65:25
**entity** [1] 63:12
**entry** [6] 3:14 4:14 39:9 40:13 44:
  11 60:5
**equal** [1] 65:25
**Equality** [2] 52:3 72:11
**equipped** [1] 70:16
**ESQ** [2] 1:22 2:6
**essentially** [3] 7:14 13:25 80:15
**establish** [1] 45:17

**established** [1] 31:16
**Establishment** [12] 13:20 19:14
  20:6 21:2,10,18 22:25 49:24 68:
  11,12 69:12 70:20
**ET** [2] 1:4,7
**evaluating** [1] 70:14
**evaluation** [1] 26:7
**even** [20] 13:10 17:9,16 19:8,11 25:
  11 41:20 47:16 53:19 55:3 58:24
  59:10 66:21 67:9 68:20 69:15,22
  73:1,13 76:10
**everybody** [2] 21:23 65:24
**everyone** [1] 71:18
**everything** [2] 27:25 71:1
**evidence** [2] 66:24 72:23
**exact** [4] 36:16 42:17 53:14 55:17
**exactly** [7] 6:25 26:6 43:13 45:22
  53:5 57:5,15 62:8,17 63:8 64:2,21
**example** [8] 8:6 40:24 45:5 51:5,
  24 52:5 52:15 58:7 62:9 65:15 67:
  17 68:15 74:7 77:1
**examples** [2] 31:2 53:13
**exception** [7] 9:21,23 11:20 36:24
  71:18 76:14,17
**exceptions** [2] 30:20,23
**exclude** [2] 29:14 67:20
**excluded** [6] 9:10 20:17 32:20 33:
  12,17 72:10
**exclusion** [2] 12:7 16:25
**exclusions** [1] 80:3
**exclusively** [2] 66:15,18
**executive** [15] 7:15,15,16,18 14:
  10 23:7,12 24:8,14 28:13 39:1 46:
  15 47:14,15 53:11 59:21 60:2 61:
  16 62:11,12 69:19,23 74:21
**exercise** [4] 20:6,9,19 22:18
**exercised** [1] 53:11
**exert** [1] 33:13
**exerts** [1] 3:24
**exigency** [1] 57:2
**expect** [1] 24:24
**explore** [1] 4:20
**expressing** [2] 5:10 35:6
**extensive** [1] 15:1
**extent** [1] 43:11
**extra** [2] 39:22 75:5
**extreme** [8] 5:14 19:19 20:5 23:14,
  17 25:5 31:9,12
**eyebrows** [1] 65:6

---

**F**

**face** [1] 25:2
**facial** [1] 25:10
**fact** [8] 10:3,11 13:3 26:23 65:12
  67:14 69:19 79:13
**factors** [1] 55:15
**facts** [1] 16:20
**factual** [1] 58:3
**fail** [1] 40:5
**failed** [4] 3:15 9:14 30:1 39:24
**failing** [1] 39:18
**fails** [1] 9:9
**failure** [1] 9:6
**fair** [1] 5:5

**faith** [3] 27:7 50:2 67:21
**fall** [7] 3:23 9:24 13:12 32:6,18 43:
  24 66:17
**falling** [1] 34:12
**falls** [3] 4:4 38:14 66:15
**familiar** [1] 77:5
**families** [1] 34:19
**family** [5] 22:12 31:19 45:6,6 53:
  18
**far** [5] 14:13 32:17 41:21 51:3 59:
  15
**fast-moving** [1] 40:24
**faster** [1] 39:23
**father** [1] 20:18
**favor** [1] 15:10
**federal** [1] 73:19
**fell** [1] 9:20
**few** [4] 32:6 71:10 73:3 75:21
**final** [1] 81:14
**find** [4] 24:4 35:16,16 71:23
**findings** [1] 60:18
**finds** [1] 44:17
**fine** [3] 25:21 29:25 76:15
**fine-grained** [4] 45:24 46:8 48:18
  50:20
**finish** [1] 17:14
**fire** [2] 23:18 65:17
**first** [21] 14:3,10 24:21 27:2 28:3
  32:25 39:6,14 42:7 43:17 47:21
  55:6 60:21 61:9 67:16,22 69:9 76:
  6,14 80:13,17
**fit** [1] 65:6
**five** [6] 31:24 64:13,13,13 75:4,16
**flat** [7] 43:14 46:1,6 48:17 55:2,20
  56:4
**flatly** [2] 59:3,16 60:2
**flexible** [1] 4:18
**Focus** [1] 32:1
**folks** [1] 52:25
**follow** [1] 17:8
**following** [1] 31:2
**fomenting** [1] 59:1
**footnote** [1] 36:14
**force** [1] 43:16
**forces** [1] 69:20
**forecloses** [1] 15:17
**foreign** [8] 4:2 8:25 10:6 12:9 31:
  15 46:2 80:18 82:1
**forever** [1] 62:21
**Forge** [2] 21:22,25
**forget** [1] 56:10
**form** [1] 19:16
**forth** [2] 6:18 72:1
**forward** [2] 13:22,24
**founding** [1] 67:18
**four** [1] 78:14
**Fourth** [1] 26:3
**FRANCISCO** [117] 1:19 2:3,9 3:7,
  8,10 4:17 6:1,6 11,22,25 9:12,18
  10:17,21,24 11:5,8,18 12:3,16,24
  13:4,18 14:2,12,21,24 15:18 16:4,
  18,21 17:13,23 18:2,9,24 19:2,5
  20:8,19,23 21:3,21 22:8,14,17,22
  23:10,16,21,24 24:3,11,15,19 26:8,

15,18,25 **27**:17,20,22 **28**:2,23 **29**:2
**30**:21 **31**:10,13,21,25 **32**:3,8,13,15,
22,25 **33**:4,8,11,18,22,25 **34**:4,7,
10,25 **35**:10,14,22 **36**:1,5,8,10,12,
19,25 **37**:3,13,20 **38**:1,9,20 **75**:17,
19 **76**:23 **77**:3,11,22 **78**:4,9 **79**:7,
15,24 **80**:4,9
**frankly** [1] **37**:7
**free** [7] **20**:6,9,10,19,24 **22**:18,18
**freedom** [1] **65**:23
**friend** [5] **39**:5 **43**:19 **46**:15 **53**:2
**62**:3
**full** [1] **15**:20
**fundamental** [5] **28**:11 **29**:6 **65**:22
**71**:3 **74**:18
**future** [2] **16**:1 **18**:14

---

## G

**game** [1] **13**:25
**gas** [1] **54**:25
**GEN** [3] **1**:19 **2**:3,9
**General** [127] **1**:19 **3**:8,10 **4**:17 **5**:7,
23 **6**:1,6,11,22,25 **9**:12,18 **10**:17,
21,24 **11**:2,5,8,18 **12**:3,16,24 **13**:4,
16,18 **14**:2,12,21,24 **15**:18 **16**:4,18,
21 **17**:13,23 **18**:2,5,9,24 **19**:2,5 **20**:
2,8,19,23 **21**:3,21 **22**:8,14,17,22
**23**:3,10,16,21,24 **24**:3,11,15,19 **25**:
25 **26**:8,15,18,25 **27**:13,17,20,22
**28**:2,23 **29**:2 **30**:21 **31**:10,13,21,
25 **32**:3,8,13,15,22,25 **33**:4,8,11,
18,22,25 **34**:4,7,10,25 **35**:10,14,22
**36**:1,5,8,10,12,19,25 **37**:3,13,20
**38**:1,9,19,20 **62**:4 **75**:16,17,19 **76**:
23 **77**:3,11,22 **78**:4,9 **79**:5,7,15,24
**80**:4,9
**General's** [1] **68**:24
**George** [1] **67**:19
**gerrymander** [1] **66**:14
**gets** [1] **16**:2
**getting** [4] **61**:19,22 **73**:1 **74**:14
**GINSBURG** [4] **4**:8 **44**:5 **76**:21,25
**give** [8] **7**:11 **8**:6 **15**:12,25 **51**:24
**56**:9 **68**:21 **72**:23
**given** [9] **1**:17 **14**:13 **17**:18 **18**:25
**19**:15 **24**:13,25 **32**:19 **69**:18,19
**gives** [2] **6**:16 **22**:24
**giving** [3] **31**:1 **53**:9 **60**:6
**goodness** [1] **77**:25
**GORSUCH** [14] **50**:25 **51**:18,20 **52**:
8,14,17 **67**:7 **73**:2,5,8,12,16,22 **74**:
2
**got** [4] **27**:14 **35**:7 **43**:3,4
**gotten** [2] **72**:18,24
**governed** [1] **80**:14
**government** [14] **8**:25 **9**:2 **10**:9 **12**:
15,23 **13**:22 **15**:24 **22**:2 **26**:4 **27**:8,
10 **35**:20 **51**:4 **78**:23
**governments** [2] **33**:14 **37**:14
**governs** [2] **80**:20 **81**:2
**great** [4] **24**:8 **27**:4 **81**:21,24
**greater** [1] **59**:10
**greatest** [1] **50**:12
**greenhouse** [1] **54**:24

---

**ground** [3] **22**:3 **40**:1 **57**:23
**grounds** [2] **6**:24 **69**:13
**group** [2] **55**:25 **80**:21
**guess** [2] **14**:17 **54**:2
**guidance** [3] **34**:24 **35**:2 **72**:1

---

## H

**Half** [2] **46**:16 **47**:6
**Hamdan** [3] **41**:13 **57**:7 **59**:15
**hand** [1] **18**:18
**happened** [1] **77**:6
**happens** [2] **17**:18 **46**:21
**happy** [1] **75**:12
**harbored** [1] **17**:10
**hard** [1] **15**:20
**hardship** [3] **31**:7,8,9
**harkens** [1] **69**:9
**harmed** [1] **51**:23
**harmful** [2] **8**:24 **9**:5
**harmonize** [1] **44**:25
**Harvard** [1] **34**:19
**hate** [1] **28**:18
**hateful** [2] **28**:18,20
**hatred** [1] **16**:7
**HAWAII** [4] **1**:7 **3**:6 **51**:25 **72**:24
**head** [2] **23**:8,12
**hear** [1] **3**:3
**heard** [5] **15**:23 **39**:5,19 **45**:3 **46**:14
**53**:2 **73**:3
**hearing** [1] **35**:19
**heart** [6] **17**:9 **18**:19,21 **21**:19 **59**:
24 **67**:16
**hearts** [1] **17**:9 **18**:20,21
**heated** [1] **26**:17
**heightened** [1] **5**:14
**help** [4] **4**:21 **7**:21 **8**:7 **25**:23
**herself** [1] **76**:18
**hire** [1] **23**:18
**history** [6] **8**:2,4 **10**:25 **11**:11 **30**:3,
4
**holds** [1] **18**:14
**holistic** [1] **9**:14
**home** [2] **8**:11 **78**:23
**Homeland** [1] **3**:13
**honestly** [2] **17**:6 **27**:24
**Honor** [38] **4**:17 **6**:13,19 **7**:1 **8**:10 **9**:
12 **10**:18 **11**:5,11 **12**:3,25 **13**:18
**16**:21 **17**:15 **18**:10 **19**:6,21 **20**:10
**21**:4,9,22 **24**:20 **26**:25 **28**:3,24 **32**:
9,23 **36**:1,25 **38**:10 **45**:20 **50**:7 **77**:
3 **78**:4 **79**:7,15 **80**:4,9
**Honors** [1] **75**:22
**hoping** [1] **78**:14
**however** [4] **4**:19 **11**:3 **25**:13
**humanitarian** [2] **11**:21 **46**:4
**hypothetical** [15] **15**:13,23 **17**:3
**18**:7 **19**:1,6,20 **20**:5 **23**:23 **38**:12
**41**:22,23 **42**:23 **43**:7 **49**:12

---

## I

**i's** [1] **16**:13
**ID** [1] **43**:3
**idea** [1] **45**:4
**ideal** [2] **8**:1 **30**:3

---

**identified** [2] **55**:18 **57**:13
**identify** [1] **8**:24
**identifying** [2] **42**:19 **48**:11
**III** [1] **13**:6
**illustrate** [1] **8**:7
**illustration** [1] **50**:12
**image** [1] **46**:4
**imagine** [7] **29**:13 **41**:24,25 **56**:11,
19 **59**:8 **61**:3
**imbued** [1] **12**:8
**immediate** [1] **41**:9
**immigrant** [3] **59**:23 **80**:11 **81**:7
**immigrants** [3] **11**:16,17,19
**immigration** [14] **4**:12 **31**:8 **45**:18
**49**:11 **67**:15,17,20 **74**:9,20 **75**:2
**impact** [1] **49**:15
**impacted** [2] **52**:1,25
**impacts** [1] **49**:19
**impediment** [1] **41**:17
**implement** [3] **4**:22 **7**:21 **81**:5
**important** [7] **13**:24 **53**:1 **59**:23 **61**:
15 **69**:6 **70**:11 **72**:4
**importantly** [2] **5**:17 **69**:14
**impose** [3] **6**:17 **10**:3 **45**:7
**imposed** [3] **25**:22 **60**:9 **66**:14
**imposes** [1] **9**:1
**imposing** [1] **81**:19
**improve** [1] **7**:18
**impulse** [1] **74**:2
**in-person** [3] **43**:4 **55**:21 **56**:2
**INA** [14] **4**:22,25 **6**:18 **7**:21 **8**:16 **45**:
1,9 **50**:17 **53**:22 **76**:8,12
**inaccurate** [2] **39**:12 **56**:1
**inadequate** [1] **56**:17
**inadmissible** [2] **76**:9,11
**including** [5] **3**:20 **15**:5 **25**:18,19
**29**:17 **39**:11 **42**:17 **47**:6 **80**:14
**incomplete** [1] **23**:9
**inconsistent** [2] **5**:2,3
**indeed** [1] **59**:1
**independent** [1] **26**:22
**indicates** [1] **46**:24
**indication** [1] **55**:10
**individual** [4] **31**:1 **78**:15,22 **80**:6
**individualized** [4] **39**:15 **42**:25 **46**:
8 **59**:5
**individuals** [2] **7**:8 **32**:2
**ineffective** [1] **29**:12
**infected** [1] **69**:11
**inference** [2] **66**:7,13
**infiltration** [1] **56**:13
**information** [3] **3**:16,25 **4**:23 **7**:7,
23 **8**:1,3,19 **9**:7 **30**:2 **33**:15 **35**:17
**39**:13 **40**:7 **41**:4 **56**:1,7 **58**:25 **78**:
13,17
**inhibition** [1] **62**:19
**initial** [1] **25**:3
**injunction** [5] **21**:7 **22**:23 **73**:9,10,
24
**injury** [1] **21**:24
**INS** [1] **22**:16
**instances** [2] **73**:4 **77**:15
**Instead** [5] **39**:21 **46**:1,7 **48**:17 **62**:
25

---

**intelligence** [3] **40**:6 **41**:4 **42**:8
**intelligent** [1] **8**:15
**intelligently** [1] **78**:25
**intended** [1] **77**:11
**intention** [1] **81**:19
**interests** [4] **11**:21 **31**:5 **70**:11,15
**international** [1] **67**:11
**interpretation** [1] **60**:4
**interrupt** [1] **41**:2
**interview** [4] **43**:5 **55**:22 **56**:2 **71**:
13
**introduced** [4] **41**:20 **42**:10,11 **49**:
20
**introduces** [1] **42**:6
**invidious** [1] **66**:8
**involve** [1] **16**:25
**Iran** [2] **9**:4 **64**:24
**Iraq** [3] **9**:23 **10**:10 **29**:17
**iron** [1] **74**:24
**irrelevant** [2] **28**:22 **29**:1
**irrespective** [1] **14**:7
**Islam** [1] **81**:23
**isn't** [5] **35**:20 **38**:13 **47**:10 **71**:19,
25
**Israel** [4] **16**:17 **17**:18 **18**:15,16
**issuance** [3] **49**:5 **59**:18 **80**:10
**issue** [12] **9**:16 **10**:10,11 **49**:11
**55**:11 **73**:13 **81**:7,11,13
**issued** [7] **5**:4 **8**:9 **11**:10 **47**:16 **78**:
22 **79**:20,25
**issues** [12] **12**:6 **28**:3 **53**:3 **63**:5,18
**77**:4
**item** [1] **45**:10
**itself** [5] **29**:10 **69**:8,19 **71**:3 **73**:25

---

## J

**Jane** [1] **8**:8
**Jews** [2] **16**:6 **24**:2
**job** [1] **25**:15
**join** [1] **22**:13
**joined** [1] **57**:6
**Judge** [2] **40**:22 **61**:2
**judges** [2] **26**:2,3
**judgment** [6] **4**:3 **45**:24 **47**:17 **48**:
22 **70**:19 **80**:19
**judgments** [4] **40**:19 **43**:18 **50**:20
**53**:12
**judicial** [1] **16**:20
**jump** [1] **66**:4
**jurisdiction** [1] **13**:6
**jurisdictional** [5] **12**:2,4,13 **13**:3
**53**:3
**jurisprudence** [1] **19**:14
**Justice** [217] **1**:20 **3**:3,10 **4**:8 **5**:6 **6**:
2,7,20,23 **9**:8,17 **10**:11,19,22 **11**:2,
7,9,15,25 **12**:11,17,21 **13**:1,15,16,
19 **14**:3,17,22 **15**:12,22 **16**:5,19
**17**:11,22 **18**:1,5,11,25 **19**:3 **20**:2,4,
15,21 **21**:1,15 **22**:5,9,15,19,21 **23**:
3,11,17,22,22,25 **24**:4,12,16 **25**:25
**26**:9,13,16,19 **27**:12,18,21,23 **28**:
16,25 **30**:6,9,11,22 **31**:11,14,22 **32**:
1,4,11,14,16,24 **33**:2,6,10,16,20,
23 **34**:2,5,8,12 **35**:1,11,15,23 **36**:3,

---

6,9,11,17,20 **37**:2,11,18,22 **38**:2,
17,18,21,25 **40**:4 **41**:1,8,20,24 **42**:
5 **43**:21,24 **44**:3,4,6,8,13 **45**:16 **46**:
11,17,23 **47**:1,3,20 **48**:6,10,20 **49**:
6,13,14,21 **50**:1,5,21,23,25 **51**:18,
20 **52**:3,8,14,17 **54**:2,12,18 **56**:11,
19,24 **57**:5,6,19 **58**:6,12,16,20 **60**:
12,20 **61**:6,10,17,20 **62**:18 **63**:4,14,
17,22 **64**:2,6,7,20,24 **65**:2,12,21
**66**:9 **67**:7 **68**:6,18 **69**:24 **70**:19 **71**:5
**72**:8,15 **73**:2,5,8,12,16,22 **74**:2 **75**:
4,8,14,20,24 **76**:21,25 **77**:9,13,23
**78**:6 **79**:5,9,10,22 **80**:1,7 **82**:4

**justiciability** [1] **13**:7

**justifications** [1] **66**:3

### K

**KAGAN** [26] **13**:16,19 **14**:3,17,22
**15**:12,22 **16**:5,19 **17**:11,22 **18**:1,5,
11,25 **19**:3 **26**:13 **27**:12,18,21,23
**50**:23 **54**:2,12,18 **70**:9

**Kagan's** [1] **23**:23

**KATYAL** [79] **1**:22 **2**:6 **38**:21,22,24
**40**:15 **41**:7,11 **42**:4,13 **43**:23 **44**:1,
12,18 **45**:20 **46**:13,19,25 **47**:3,25
**48**:9 **49**:2,9,17,25 **50**:4,7,25 **51**:1,
14,19,22 **52**:13,16,20 **54**:3,11,17,
21 **56**:18,21 **57**:4 **58**:5,15,19,22
**60**:20 **61**:8,11,19,22 **62**:22 **63**:8,
16,20 **64**:1,7,19,23 **65**:1,4 **66**:9 **67**:
7,13 **68**:6,12 **69**:3 **70**:10,17 **72**:7,9
**73**:3,7,11,15,21,24 **75**:6,11

**keep** [3] **24**:1 **25**:8 **42**:15

**KENNEDY** [19] **10**:11,19,22 **20**:4,
15,21 **22**:20 **28**:16,25 **46**:17,23 **47**:
1,3,20 **48**:6,10 **56**:24 **57**:5 **80**:7

**Kennedy's** [1] **11**:9

**kept** [1] **26**:4

**kill** [1] **40**:11

**kind** [8] **14**:20,22 **16**:12 **18**:6 **19**:13
**54**:15 **59**:24 **70**:12

**kinds** [1] **16**:5

**King** [1] **67**:19

**knock** [1] **61**:14

**knows** [4] **18**:13,19 **35**:25 **78**:23

### L

**land** [1] **22**:1

**language** [1] **43**:25

**large** [1] **59**:22

**later** [2] **41**:19 **59**:11

**latest** [1] **62**:11

**Laughter** [3] **18**:8 **34**:11 **42**:3 **75**:7,
10

**LAVAS** [1] **40**:23

**law** [4] **31**:4 **37**:20 **40**:3 **75**:2

**lawfulness** [2] **37**:23 **72**:4

**laws** [2] **4**:11 **31**:8

**layer** [1] **5**:19

**lays** [1] **27**:3

**learns** [1] **8**:11

**least** [1] **12**:13

**leave** [1] **51**:2

**left** [2] **30**:15 **65**:19

**legality** [1] **37**:8

**Legislation** [3] **39**:23 **41**:21 **42**:2

**legislative** [1] **41**:17

**legitimacy** [1] **25**:11

**legitimate** [1] **13**:22

**Lemon** [2] **67**:9,25

**less** [1] **31**:12

**letters** [1] **72**:25

**level** [2] **4**:23 **7**:7

**lies** [1] **43**:16

**life** [1] **72**:14

**light** [1] **57**:22

**likelihood** [1] **55**:25

**limit** [3] **5**:1 **44**:23 **45**:12

**limitations** [1] **60**:17

**limited** [1] **73**:12

**limits** [4] **4**:20 **6**:4 **54**:5 **74**:21

**line** [4] **10**:7 **25**:24 **45**:10 **81**:12

**lines** [1] **69**:9

**Lisa** [1] **34**:20

**list** [10] **4**:7 **9**:11 **31**:15 **64**:14,16,25
**66**:5,6,10 **77**:20

**listed** [1] **9**:19

**lists** [3] **77**:15,17,24

**litigants** [1] **26**:6

**little** [2] **6**:13 **14**:1

**local** [1] **28**:17

**long** [3] **4**:15 **57**:7 **67**:8

**long-term** [2] **31**:17 **60**:1

**longer** [2] **10**:14,19

**look** [16] **7**:24 **26**:22 **35**:19 **41**:13
**47**:15 **55**:2 **62**:3,8 **65**:10 **66**:1,2,20
**67**:1 **68**:22 **70**:21 **80**:1

**looked** [5] **5**:7,13 **6**:24 **30**:22 **64**:20
**79**:19 **80**:5

**looking** [1] **68**:23

**lot** [5] **6**:12 **14**:5 **16**:7 **77**:19,21

**love** [1] **81**:22

**low** [1] **9**:16

**lower** [1] **74**:3

**Lukumi** [3] **65**:9 **68**:2 **70**:24

### M

**made** [7] **12**:15 **14**:9,12 **28**:6 **68**:9
**81**:18,20

**main** [1] **7**:20

**maintain** [1] **7**:17

**majority** [6] **3**:19,20 **25**:19,20 **29**:
15 **49**:1

**Mandel** [13] **21**:14 **14**:10,13,18,22
**15**:8,14,16,19 **16**:19,22,23 **17**:1,16
**20**:11,25 **25**:11 **26**:21

**Mandel's** [1] **17**:23

**many** [5] **30**:13 **72**:5,5 **81**:22,22

**mark** [1] **28**:11

**marks** [1] **29**:6

**material** [1] **26**:1

**matter** [5] **1**:14 **19**:17 **25**:9 **29**:7 **72**:
21

**mayor** [1] **28**:17

**McCreary** [3] **15**:9 **63**:9,9

**mean** [9] **18**:20 **41**:2 **48**:24 **57**:20
**62**:15 **64**:11 **67**:15 **68**:17 **81**:4

**meaning** [1] **29**:9

**means** [2] **14**:4 **65**:14

**meant** [2] **4**:21 **10**:3

**measures** [1] **56**:15

**medical** [1] **34**:21

**meet** [5] **11** **14**:20 **33**:18,20

**member** [3] **24**:25 **25**:1 **31**:19

**members** [2] **16**:10 **22**:13

**mentioned** [2] **4**:9 **56**:16

**merits** [4] **12**:14 **13**:12 **51**:4 **53**:7

**message** [2] **21**:24 **22**:4

**met** [1] **3**:21

**might** [13] **6**:20 **18**:13,14 **22**:18 **26**:
12 **35**:6 **49**:12 **50**:23 **51**:1 **52**:22
**58**:4 **65**:5 **74**:13

**migration** [1] **45**:8

**military** [1] **48**:21

**million** [2] **32**:5 **36**:18

**millions** [2] **67**:3,3

**minimum** [11] **3**:16 **4**:23 **7**:7,22 **8**:
2,18 **9**:6 **30**:1,2,3 **78**:16

**minutes** [2] **75**:5,16

**misunderstanding** [1] **49**:12

**moment** [1] **71**:21

**month** [1] **41**:3

**months** [1] **44**:8

**most** [18] **10**:18 **11**:10 **13**:24 **29**:12,
25 **35**:2 **36**:13,13 **37**:14,14,16 **53**:
1 **59**:22 **61**:15 **64**:21 **69**:14 **70**:15
**72**:25

**move** [3] **10**:7 **25**:23 **72**:14

**moved** [1] **62**:24

**moves** [1] **42**:12

**much** [8] **11**:20 **20**:25 **28**:5 **44**:6 **46**:
7 **66**:20 **71**:1,19

**multi-agency** [3] **3**:12 **19**:21 **29**:
22

**Muslim** [19] **3**:21 **25**:18,20 **29**:11,
13,15 **49**:1,16,19 **64**:10,12,14,16,
17 **65**:3,14 **66**:3 **81**:19,22

**Muslim-majority** [2] **15**:6 **29**:16

**Muslims** [5] **27**:15 **64**:21 **66**:18,19
**81**:20

**must** [4] **24**:18 **31**:11 **32**:5 **74**:11

### N

**narrow** [1] **4**:19

**nation** [1] **59**:24

**national** [14] **4**:3 **5**:20 **10**:5 **11**:21
**12**:9 **13**:23 **17**:6 **18**:4 **57**:1 **70**:11,
15,18 **80**:19 **82**:1

**nationality** [7] **39**:4,24 **40**:17,21
**43**:15 **59**:3,18

**nationality-based** [4] **60**:9 **61**:1
**79**:3 **80**:23

**nationals** [4] **3**:17 **40**:8,13 **44**:15

**nationwide** [3] **21**:7 **22**:23 **73**:9

**naturalization** [1] **74**:11

**nature** [1] **10**:2

**nay** [1] **4**:16

**NEAL** [3] **1**:22 **2**:6 **38**:22

**near** [1] **73**:16

**necessarily** [1] **47**:11

**necessary** [4] **37**:9,11 **47**:22,24

**need** [6] **4**:20 **17**:17 **26**:22 **30**:4 **31**:
20 **61**:13

**needed** [7] **3**:17,25 **4**:23 **7**:7 **8**:19
**78**:12,17

**needs** [1] **54**:4

**negative** [2] **21**:24 **22**:6

**Neither** [2] **7**:4 **42**:12

**neutral** [6] **15**:4 **19**:23 **21**:19 **25**:17
**29**:23,24

**never** [7] **35**:9 **39**:4 **41**:20 **50**:21 **72**:
18 **76**:9,16

**new** [4] **35**:12 **45**:17 **57**:13 **73**:17

**next** [3] **7**:1 **63**:6,23

**Ninth** [2] **26**:2 **64**:3

**nobody** [2] **34**:22 **35**:25

**NOEL** [5] **1**:19 **2**:3,9 **3**:8 **75**:17

**non-immigrant** [2] **81**:8,11

**non-politically-correct** [1] **69**:17

**non-reviewability** [2] **12**:1,14

**none** [1] **47**:16

**Nope** [1] **70**:1

**nor** [1] **7**:5

**normal** [1] **32**:20

**nothing** [8] **37**:17 **46**:13,21 **47**:8
**49**:3 **57**:13 **60**:23 **78**:3

**notice** [1] **35**:24

**noticed** [1] **30**:18

**number** [11] **15**:7 **25**:22 **32**:9 **34**:
15 **36**:13,14 **65**:24 **67**:14 **69**:4 **72**:
9 **74**:4

**numbers** [2] **33**:1,3

### O

**oath** [3] **28**:7,24 **29**:5

**objections** [2] **66**:16 **71**:10

**objective** [4] **62**:1 **64**:5 **66**:25 **70**:
22

**observer** [2] **62**:1 **64**:5,8 **65**:3 **66**:
25 **67**:9 **70**:22

**observers** [1] **18**:23

**obviously** [2] **71**:9 **73**:24

**occupations** [1] **53**:21

**occurred** [1] **68**:25

**offer** [1] **43**:12

**office** [2] **28**:8 **36**:22

**officer** [3] **76**:6,13,18

**officers** [2] **76**:4 **79**:16

**official** [2] **70**:24 **71**:13

**officially** [1] **71**:14

**often** [3] **37**:16 **72**:20 **80**:18

**Okay** [11] **31**:14 **33**:23,23 **34**:12 **35**:
15 **37**:18 **54**:12 **61**:23 **75**:5,6,13

**omits** [2] **3**:19 **29**:15

**Once** [5] **8**:14 **13**:21 **26**:20 **47**:7 **81**:
1

**one** [39] **4**:11,13 **5**:20,21 **9**:15 **10**:
13 **11**:4 **12**:20 **13**:5,24 **16**:16 **17**:
19 **22**:15 **23**:14 **27**:8 **29**:13 **30**:15
**33**:12 **35**:8 **37**:3 **40**:13 **42**:18 **51**:
24 **60**:15 **62**:20 **63**:11 **64**:22 **65**:22
**67**:14 **69**:4 **71**:8,11 **72**:10 **77**:16
**79**:6,9 **80**:10,20 **81**:23

**ones** [3] **5**:18 **65**:11 **71**:8

**only** [17] **3**:22 **4**:14 **11**:16 **15**:19 **21**:

13 **29:**14 **31:**7 **32:**9 **34:**23 **35:**24
**42:**18 **55:**14 **62:**6 **65:**13,17 **66:**1
**68:**12
**opinion** [3] **35:**7 **57:**7 **74:**17
**Opinions** [1] **28:**8
**oral** [5] **1:**14 **2:**2,5 **3:**8 **38:**22
**order** [31] **9:**1 **14:**11 **24:**25 **25:**3 **29:**
19,21 **30:**18,19,23 **33:**14 **37:**24 **39:**
1,9,20 **46:**14 **47:**7,14 **48:**22 **53:**9
**59:**21 **60:**2 **61:**16 **62:**11,12 **65:**5,
13 **69:**8 **71:**2 **72:**5 **74:**21 **78:**12
**orders** [5] **29:**17 **46:**16 **47:**6,15 **69:**
10
**ordinary** [1] **70:**23
**organization** [1] **8:**12
**other** [29] **3:**23 **7:**5 **9:**9 **10:**5 **14:**9
**31:**17,24 **32:**20 **35:**23 **41:**6 **43:**19
**44:**24 **45:**25 **47:**14 **55:**10 **56:**15 **58:**
9 **65:**6,9,19 **66:**3 **67:**15,25 **69:**13
**70:**3 **71:**20 **75:**12 **76:**8,11
**others** [2] **9:**15 **74:**1
**Otherwise** [3] **21:**24 **22:**10 **76:**7
**ought** [1] **48:**22
**out** [13] **24:**2 **25:**8 **27:**3,11 **28:**14 **35:**
16,16 **36:**18 **58:**8 **61:**14 **66:**4,11
**72:**3
**out-of-the-box** [1] **18:**6
**outcome** [1] **24:**17
**outer** [1] **4:**20
**outgrowth** [1] **69:**10
**over** [5] **13:**25 **16:**7 **36:**15 **47:**23 **80:**
12
**overall** [1] **9:**15
**overwhelmingly** [1] **15:**10
**owes** [1] **27:**9
**own** [2] **68:**16 **69:**4

**P**

**packed** [1] **6:**12
**PAGE** [6] **2:**2 **36:**14 **50:**11 **55:**5 **62:**
8 **72:**12
**palsy** [4] **52:**7 **72:**12 **77:**2,16
**parameters'** [1] **5:**16
**Parkinson's** [1] **77:**16
**PARS** [2] **52:**3 **72:**11
**part** [7] **29:**25 **59:**22,22,23 **60:**1 **61:**
15 **70:**16
**participated** [1] **69:**2
**particular** [15] **10:**16 **21:**17 **25:**8,9
**40:**8 **44:**16 **56:**14 **57:**21,22,25 **58:**
3,14 **66:**4 **69:**19 **77:**7
**parties** [2] **51:**7 **73:**13
**parts** [1] **76:**12
**party** [1] **52:**24
**pass** [1] **41:**14
**passed** [1] **15:**6
**past** [4] **5:**22 **8:**22 **29:**17 **50:**3
**people** [32] **20:**12,16,17 **22:**5 **31:**
15 **32:**5,10 **34:**15 **35:**5,5,24 **36:**3,4,
6 **37:**5 **42:**21 **44:**15 **55:**23 **59:**25
**67:**4,20 **70:**3 **71:**20 **72:**1,17,25 **76:**
11 **77:**17,20 **80:**16 **81:**1,8
**people's** [1] **80:**2
**percent** [6] **40:**7 **59:**20 **61:**15 **64:**

17 **66:**19,19
**percentages** [1] **72:**22
**perennial** [2] **48:**12 **57:**16
**perhaps** [2] **58:**17 **71:**7
**period** [3] **4:**15 **24:**4 **47:**22
**permanent** [1] **45:**18
**permission** [1] **5:**23
**perpetual** [4] **44:**4 **45:**21 **46:**12 **48:**
5
**perpetuated** [1] **44:**4
**person** [6] **43:**2,5 **71:**14 **76:**7 **78:**
18,20
**personally** [2] **51:**7 **79:**12
**persons** [1] **51:**10
**Petitioners** [6] **1:**5,21 **2:**4,10 **3:**9
**75:**18
**pick** [1] **74:**25
**pieces** [1] **7:**25
**place** [6] **21:**16 **23:**19 **79:**11 **80:**13,
17,25
**placed** [1] **39:**16
**plainly** [1] **5:**22
**plaintiff** [1] **52:**22
**plaintiffs** [1] **21:**25 **53:**6
**please** [4] **3:**11 **30:**10 **38:**25 **75:**20
**point** [23] **16:**24 **18:**20 **29:**4 **36:**7
**41:**9 **42:**15 **43:**17 **44:**6 **45:**2 **53:**8
**54:**15 **60:**22 **66:**1,11 **68:**4,14 **71:**8
**74:**8,18 **78:**14 **79:**3 **80:**8 **81:**14
**points** [1] **75:**22
**policy** [15] **4:**3 **10:**6 **12:**9 **23:**19 **39:**
3 **40:**19 **43:**18 **45:**18,21 **46:**2 **50:**
10 **53:**12 **63:**10 **80:**18 **82:**1
**political** [1] **12:**8
**polity** [1] **60:**1
**poorest** [1] **74:**6
**population** [4] **49:**16,19 **64:**15,18
**position** [1] **50:**17
**possibility** [1] **38:**6
**possibly** [2] **21:**6 **29:**13
**potentially** [2] **20:**13,20
**power** [11] **4:**4,18 **13:**13 **44:**19 **45:**
5 **53:**10 **54:**1 **58:**11 **60:**7 **67:**20 **74:**
23
**practice** [1] **21:**20
**praised** [1] **81:**23
**precedential** [1] **12:**20
**precludes** [1] **57:**10
**predominantly** [3] **64:**12,13,16
**preference** [2] **45:**6 **53:**21
**preferences** [1] **53:**18
**preliminary** [1] **26:**21
**prescient** [1] **58:**2
**prescribed** [1] **55:**8
**present** [8] **20:**5,9 **51:**9,12,21 **52:**
10,11,19
**presidency** [1] **16:**8
**PRESIDENT** [86] **1:**3 **3:**4,5 **4:**10,
14 **5:**9,13 **6:**3,9,16 **7:**12 **9:**3,4 **11:**
13,13,18,22 **13:**13 **16:**2 **17:**5,8 **18:**
6 **19:**1 **23:**8,12,23 **25:**7 **27:**15,25
**35:**13 **37:**12 **38:**3,4 **40:**6,12 **42:**1,7,
10,12,14 **44:**11,21 **45:**4 **47:**2 **48:**7,
11,21,22,24 **49:**18 **50:**8,9,18 **53:**10,

10,15,23 **54:**5,9,19,22 **56:**16,22 **57:**
3,21 **58:**10 **59:**9 **60:**7 **62:**7,12,16,
23 **63:**2 **64:**3 **68:**17 **69:**5,15,20 **70:**
1,5,8 **71:**2 **74:**22,24 **81:**15,17
**President's** [8] **3:**13 **4:**4 **24:**21 **38:**
15 **41:**14 **69:**7,21 **70:**4
**presidential** [1] **60:**18
**Presidents** [2] **47:**16 **57:**8
**press** [2] **14:**1 **62:**14
**pressure** [3] **3:**24 **9:**1 **10:**4 **18:**15
**25:**22,23 **33:**13 **78:**11
**presumption** [1] **27:**10
**prevent** [1] **54:**5
**previously** [2] **31:**16,23
**principal** [4] **13:**19 **33:**12 **37:**6 **78:**
10
**principally** [1] **29:**8
**private** [4] **17:**9 **28:**7,12 **62:**5
**pro-Christian** [1] **22:**3
**probably** [2] **34:**14 **74:**15
**problem** [26] **26:**1 **34:**13 **39:**8 **42:**
17,19 **48:**1,5,12 **49:**7 **53:**15 **55:**17
**57:**12,16 **69:**25 **71:**4,19
**problems** [2] **3:**23 **25:**21 **57:**21
**proc** [1] **16:**10
**procedures** [1] **58:**17
**proceeding** [1] **5:**17
**process** [27] **5:**15,15 **8:**10 **14:**5,8,
14,19 **15:**2 **19:**15 **26:**23 **27:**4 **29:**
20 **39:**15 **57:**14 **68:**15 **69:**2,15 **72:**
10,20 **76:**1,2,3 **78:**16,18,23 **79:**14,
17
**processes** [1] **32:**21
**proclamation** [55] **3:**18 **4:**2 **5:**4 **7:**
24 **8:**17,21 **9:**20,22 **10:**2,12,15,25
**11:**10,23 **13:**11 **14:**6,15 **16:**12,16
**19:**17,18 **21:**11,16,23 **27:**3,5,19
**29:**10 **33:**13 **38:**11,14 **45:**16,17 **53:**
11 **55:**14 **61:**1 **62:**17 **63:**5,7,18 **64:**
8 **69:**7,20,21 **70:**4,10 **74:**22 **76:**10,
13,15,16 **78:**10 **79:**25 **81:**5,25
**proclamation's** [1] **4:**21
**proclamations** [5] **8:**23 **10:**13 **11:**
3 **37:**16 **62:**20
**professors** [1] **77:**18
**Program** [5] **7:**2,5 **56:**5,10 **59:**6
**promulgated** [2] **62:**12 **63:**11
**propose** [1] **43:**14
**protect** [3] **4:**1 **24:**23 **30:**4
**protest** [1] **67:**10
**provide** [8] **3:**16,25 **9:**6 **30:**1 **33:**15
**39:**12 **56:**6 **78:**12
**provides** [1] **7:**2
**providing** [2] **55:**25 **58:**25
**provision** [6] **11:**20 **49:**8 **54:**20 **76:**
19,20 **77:**8
**provisions** [2] **45:**9 **76:**8
**provokes** [1] **16:**6
**publication** [1] **72:**19
**publicize** [1] **71:**25
**publicized** [2] **36:**21 **37:**4
**publicly** [1] **65:**11
**publish** [1] **76:**2
**purely** [2] **60:**25 **67:**11

**purport** [1] **45:**17
**purports** [1] **29:**19
**purpose** [5] **7:**21 **66:**8 **70:**19,25 **78:**
10
**purposes** [4] **22:**16 **33:**12 **61:**14
**75:**1
**pursuant** [2] **8:**9 **78:**22
**pursued** [1] **21:**5
**pushes** [1] **43:**1
**put** [6] **18:**15 **23:**19 **35:**1 **44:**14 **66:**
5 **72:**1
**puts** [5] **16:**19,22 **68:**17 **69:**5 **74:**9

**Q**

**qualify** [1] **72:**2
**qualms** [1] **42:**7
**question** [23] **6:**12 **11:**9 **17:**11 **18:**
21,22 **30:**15 **34:**6 **35:**3 **38:**10 **41:**
16 **51:**2,10 **54:**3 **57:**24 **61:**6,17 **62:**
18 **63:**15 **70:**12 **71:**22 **73:**5 **75:**25
**80:**12
**questions** [3] **57:**25 **75:**12,23
**quick** [1] **75:**21
**quite** [4] **9:**22 **19:**15 **32:**6 **71:**10
**quotas** [1] **60:**10

**R**

**race** [1] **25:**9
**raise** [1] **65:**6
**raised** [1] **12:**22
**raises** [2] **66:**13 **73:**5
**rate** [1] **15:**24
**Rather** [1] **25:**14
**rational** [3] **17:**17,18,24
**re-upped** [1] **48:**3
**reach** [1] **51:**4
**reached** [1] **53:**7
**read** [8] **4:**13 **14:**18 **30:**7 **34:**16 **44:**
23,23,24 **77:**13
**reading** [1] **64:**8
**Reagan** [8] **9:**4 **10:**12 **11:**3 **30:**19
**35:**4,13 **37:**12 **38:**3
**Reagan's** [1] **11:**13
**real** [1] **79:**13
**real-time** [1] **8:**5
**really** [14] **7:**20 **8:**17,21 **12:**5 **14:**22
**15:**16 **18:**21 **43:**9 **44:**15 **66:**17 **71:**
24 **73:**17 **75:**21 **81:**4
**reason** [8] **13:**23,24 **14:**23 **21:**4,9
**32:**19 **33:**9 **45:**11 **68:**22
**reasonable** [8] **18:**22 **62:**1 **64:**5,8
**65:**2 **66:**25 **67:**9 **70:**22
**reasons** [11] **18:**13,15 **31:**16 **39:**2
**40:**15,22 **44:**2,3 **65:**6 **74:**12 **80:**2
**reassessment** [2] **46:**24 **47:**5
**REBUTTAL** [2] **8:**38:**19 **75:**16,
17
**receives** [1] **28:**9
**recent** [1] **5:**22
**recently** [1] **4:**6
**recognition** [1] **81:**15
**recommendation** [3] **15:**3 **18:**3
**19:**22
**recommendations** [2] **3:**19 **16:**

Heritage Reporting Corporation

Official

11

recommended [2] 3:14 25:23
red [2] 50:11 62:9
reenter [2] 63:7,23
reexamined [1] 46:18
referring [1] 52:4
reflect [1] 8:22
reflects [2] 4:2 10:1
refuse [1] 25:1
refused [1] 26:5
regard [2] 48:25 73:19
regime [1] 59:7
regularity [1] 27:7
rejected [2] 39:20 43:13
rekindled [1] 62:8
relatively [1] 19:7
relatives [1] 20:17
relief [1] 73:13
religion [6] 21:17,20 25:9 65:25 68:4 70:25
religious [7] 22:6 65:15,23 66:13, 14,16 67:5
rely [1] 29:8
remedy [1] 73:6
remember [2] 36:16 68:16
removed [2] 41:18 51:6
repetitive [1] 30:13
reply [2] 36:12 55:5
report [2] 46:20,22
reporting [4] 8:2,3 40:2 47:9
represent [4] 9:8,13,18 79:13
representing [1] 67:3
required [3] 13:2 40:2 47:11
requirement [2] 47:10 55:21
requires [1] 37:21
resentment [1] 16:7
reside [1] 31:18
residence [1] 80:25
residual [2] 42:14
resign [1] 25:1
respect [13] 9:4,5 21:20 40:20 42: 23 43:16 52:5 56:14 58:25 61:24 71:18,20
respond [2] 41:8 75:24
Respondents [5] 1:8,23 2:7 21: 12 38:23
response [2] 13:20 37:6
responses [5] 24:20 27:1 32:23 36:10 37:1
responsible [2] 4:11 24:13
rest [3] 45:1 54:10 60:18
restrictions [3] 3:15 6:17 67:17
resulted [1] 15:2
reticulated [1] 45:24 55:8,16
reverse [1] 82:2
review [10] 3:12 5:19 16:20 19:22 24:1,9 29:22 56:25 57:14 69:15
reviewability [1] 12:19
reviewed [1] 26:2
rid [2] 53:19,19
rights [2] 51:8,11
rise [1] 73:9
risk [2] 17:6 43:5
riskiest [1] 7:9

ROBERTS [38] 3:3 11:25 12:11,21 13:1 30:9 38:18,21 40:4 41:1,8,24 42:5 48:20 49:6,14,21 50:1,5,21 57:19 58:12,16,20 60:12 61:6,10, 17,20 62:18 63:4,14,17,22 75:4,8, 14 82:4
robust [2] 43:10 56:22
rule [2] 12:7 74:11
rules [1] 80:20
run [1] 50:8

S

safe [2] 42:15 48:8
safest [1] 7:4
sake [2] 19:9,12
Sale [4] 12:12 53:2,3,3
same [9] 9:20 14:10 28:24 34:9 35:4,7 39:8,19 52:14 57:12,15 63: 10 65:8 68:5 69:11
sanctions [2] 9:1,25
satisfies [2] 13:12 55:15
satisfy [3] 17:16,21 39:18
save [1] 72:13
Savings [1] 55:1
saying [13] 6:3 22:6 40:25 42:6 46: 12 54:13 63:5 68:3 70:1,2,21 71: 10 78:7
says [28] 16:5,16 23:7 24:1 30:24, 24 31:9 35:8,24 41:15 46:20,20 47:7,21 48:2,4,13,24 52:24 59:17 60:4 69:8,10 70:10 72:17 74:10 77:24 82:1
scenario [1] 25:6
scheme [2] 55:9,16
scholars [3] 22:11 34:18 77:18
score [1] 9:16
scrutiny [1] 17:17
seat [3] 69:6 74:10,19
second [9] 12:16 29:3 37:6 39:17 55:7 67:24 69:8 78:13 79:6
second-guess [1] 70:18
Secondly [1] 25:5
secretaries [1] 19:24
Secretary [3] 3:14 5:24 71:15
section [2] 54:7 74:9
Security [3] 3:13 4:3 10:5 12:9 13:23 17:6 18:4 70:11,15,18 80: 19 82:2
see [8] 6:3 14:19 26:1 32:14 36:7 44:15 77:10 80:1
seek [1] 32:10
seeking [1] 39:9
seeks [1] 8:24
seems [5] 27:24 34:14 54:14 58:1 66:6
seen [2] 10:8,15
send [1] 35:19
sense [6] 8:23 55:20 56:3,5 70:14 74:16
sent [1] 22:3
Sentelle [2] 40:22 61:3
sentences [1] 10:14
September [1] 81:18
seriously [1] 58:18

set [5] 6:5,17 7:16 16:20 27:11
sets [1] 80:15
seven [1] 3:22
several [4] 45:25 51:14
severe [1] 56:14
shall [2] 16:17 59:17
share [3] 26:5 30:16 74:1
sharing [1] 42:8
she's [1] 8:16
shouldn't [1] 62:3
show [1] 43:3
shows [3] 8:8,14 78:20
side [3] 35:23 43:19 60:5,6 71:7
sides [1] 78:7
significant [2] 28:11 34:15
similar [1] 11:23
simply [2] 5:2 81:13
since [6] 7:20 19:19 29:14 67:8 74: 23 79:21
single [2] 55:17 76:24
situation [10] 5:8 24:6 38:12 40: 12,24 53:6 56:12,20 58:4 59:9
situations [1] 57:22
six [1] 48:7
slightly [1] 81:6
small [5] 25:21 29:25 32:9 53:20 59:21
so-called [2] 29:11 45:7
society [1] 67:3
software [3] 53:22,24 58:9
Solicitor [1] 1:19
solid [1] 40:7
solution [3] 39:8 48:16 53:16 55: 20
solutions [1] 55:7
solved [1] 53:14
Somalia [2] 9:22 36:4
somebody [1] 76:5
somebody's [1] 80:12
someone [1] 42:5
son [1] 20:18
sorry [3] 5:6 34:6 81:16
sort [1] 57:10
sorts [1] 53:19
SOTOMAYOR [37] 5:6 6:2,7,20, 23 9:8,17 11:2,7,15 20:2 21:1,15 22:5,9,15,21 23:3,11,17,22,25 24: 4,12,16 25:25 26:9,16,19 64:6 68: 6,18 69:24 79:5,9,22 80:1
Soviet [1] 48:14
space [1] 53:14
special [2] 5:12 7:2
specialty [1] 53:21
specified [1] 39:7
speech [2] 20:11 22:19
speech-type [1] 20:24
spoken [1] 62:17
spokesman [1] 62:14
sponsor [3] 43:6 58:24 71:15
sponsors [3] 39:11 55:24 56:8
squarely [1] 43:25
staff [2] 16:9 62:7
stage [1] 26:21
stake [1] 70:12

standard [4] 17:24 19:17 25:12,17
standing [2] 21:23 22:1
started [1] 14:4
starting [1] 16:24
starts [1] 30:15
State [13] 5:24 14:23 39:11 43:6 51:17,25 55:24 56:7 58:23 71:15 72:24 76:1 79:15
statement [2] 25:8 36:16
statements [23] 19:10 28:5,6,14, 18,20 29:8 50:11 60:14,16,23 62: 2,4,5,24 63:6,19 64:9 66:23 68:8, 9,20,20
STATES [20] 1:1,4,16 3:6 31:6 39: 11 40:9 45:19 46:5 51:16,19 52: 23 53:6 56:7,13 57:17 59:1 72:13 74:7 75:3
statute [16] 5:3 43:4 44:24 47:20 49:3 50:19 54:7,10 57:11 60:14, 16 67:10 68:17 71:8 73:19 74:25
statute's [1] 49:4
statutes [3] 6:18 7:6 47:12
statutory [4] 5:8 51:1 53:8 54:19
stepped [1] 53:14
sticks [3] 39:24 40:5
still [2] 47:23 71:6
stop [2] 41:2 79:6
stopping [1] 22:7
stops [1] 14:23
Stormans [2] 66:12,21
strike [5] 48:23,23 49:10 67:10 73: 19
strong [3] 15:11 27:10 66:7
stronger [2] 14:13 71:9
struck [1] 69:12
struggled [1] 68:1
students [2] 22:12 77:20
studying [1] 31:17
stuff [1] 62:4
subject [4] 12:10 24:8 76:14,17
subjected [1] 9:25
submitted [2] 82:5,7
substance [4] 14:14 19:16 27:5 29:20
succeed [4] 20:14 52:15,18,21
successful [2] 4:5 10:9
Sudan [1] 29:18
sufficiently [1] 9:16
suggest [1] 17:14
suggested [3] 4:12 5:16 22:20
suggesting [2] 19:20 54:8
suggestion [1] 68:24
suggests [1] 72:21
summarizing [1] 23:9
sunsets [2] 47:7 48:2
supervision [1] 47:23
supplant [1] 54:23
supplement [3] 7:12 44:21 54:22
supplements [1] 47:19
support [2] 21:7 22:23
supported [1] 5:18
Suppose [3] 87:28:16 40:5
supposed [1] 34:23
SUPREME [3] 1:1,15 74:15

**suspect** [1] 37:5
**suspend** [1] 4:14
**suspicion** [1] 24:9
**sweeping** [3] 44:20 45:5 54:1
**Syria** [3] 40:9,24 48:23
**Syrian** [1] 40:13
**system** [6] 5:8 7:13,14 43:1 45:6 48:18

**T**

**t's** [1] 16:13
**tailored** [3] 10:2,3 48:1
**talked** [1] 71:11
**talks** [1] 68:14
**targeted** [1] 49:15
**tens** [1] 40:11
**terms** [5] 5:1 15:16 32:25 33:8 37:7
**terrorism** [10] 5:19 8:2 17:20 30:3 39:12 43:7 55:24 56:8 58:24 71:16
**terrorist** [2] 5:17 8:12
**terrorists** [2] 31:4 56:13
**test** [4] 61:25 65:9 67:9 70:23
**tests** [2] 68:1,4
**Texas's** [1] 74:8
**text** [8] 5:2 44:9,25 49:3 59:16 60:25 61:4 65:5
**textual** [1] 44:2
**themselves** [2] 51:24 62:7
**theory** [4] 23:7,14,15 49:22
**there's** [30] 6:12 30:14 32:9,19 33:24 34:16,17,23 37:17 40:16,16,18 42:9,11,18 43:5 44:6 46:13,20 47:8 49:2,7,11 53:21 57:9,12 69:3 72:17,19 77:17
**therefore** [1] 12:10
**they'll** [1] 71:17
**they've** [7] 24:16 31:17 34:22 47:18,19 57:13 72:18
**thinking** [2] 15:16 71:7
**thinks** [2] 18:12 35:20
**third** [7] 39:25 51:7,10 52:24 55:9 69:14 79:2
**third-party** [1] 51:15
**thorough** [1] 24:9
**though** [7] 13:7 17:14 19:12 37:7 42:16 54:3 74:18
**thousands** [1] 40:11
**threat** [1] 56:12
**three** [9] 5:11 9:10 29:16 39:2 55:1,6,15 62:13 69:3
**three-part** [1] 39:8
**throughout** [1] 17:4
**tied** [1] 50:10
**tiny** [1] 15:7
**tobacco** [1] 45:13
**today** [2] 3:4 23:3
**together** [2] 32:5 46:6
**tomorrow** [3] 63:5,17 81:16
**took** [2] 5:17 38:5
**top** [1] 64:25
**tough** [2] 17:3 19:6
**tougher** [1] 69:16

**track** [2] 39:22,23
**transfer** [1] 22:1
**transformation** [2] 28:12 29:6
**transgresses** [1] 74:21
**transparent** [1] 27:3
**treatment** [3] 31:22 34:21 65:25
**tremendous** [1] 74:16
**trimmed** [1] 73:25
**troubling** [1] 73:9
**true** [4] 21:21 34:25 46:16 71:23
**truly** [1] 17:25
**TRUMP** [3] 1:3 3:4,5
**truth** [1] 27:11
**try** [4] 6:13 10:6 59:6 78:14
**trying** [4] 34:21 41:6 43:14 52:6
**turn** [3] 13:16 29:4 45:10
**turns** [3] 72:3 76:13,19
**tweeted** [2] 62:13 69:16
**two** [10] 10:14 15:19 24:20 28:3,19 29:2 34:23 35:24 36:2,10 37:1,4 40:15,16 55:7 65:17 67:13 72:9
**type** [3] 20:11 22:19 49:14
**types** [4] 10:5 21:5,7 57:15
**typical** [1] 8:23

**U**

**U.N** [1] 18:17
**U.S** [3] 5:25 46:4 67:4
**UARG** [1] 54:24
**ultimate** [1] 41:16
**unable** [2] 41:25 77:25
**unconstitutional** [1] 25:2
**under** [20] 4:4,24 8:16 13:13 20:25 25:11 27:6 28:8 29:24 38:15 43:3 49:6,8,9,21,23 53:25 71:18 76:8,11
**undermine** [2] 25:10 27:19
**understand** [9] 13:5 15:20 26:11 36:23 37:5 42:14 49:10 52:8 65:21
**undo** [1] 60:7
**undone** [1] 60:8
**undue** [2] 31:6,11
**uniform** [1] 74:11
**Union** [1] 48:14
**unitary** [2] 23:6 69:23
**UNITED** [20] 1:1,4,15 3:5 31:6 39:10 40:9 45:18 46:5 51:15,19 52:23 53:6 56:7,13 57:17 59:1 72:13 74:7 75:3
**universe** [2] 80:16 81:1
**universities** [1] 77:18
**university** [3] 20:22,24 51:25
**unlawful** [1] 39:1
**unless** [3] 17:24 75:22
**unlike** [1] 47:14
**unpack** [1] 6:13
**until** [1] 4:1
**up** [10] 7:15,16,16,17 8:8,14 53:4 64:17 77:1 78:20
**urge** [1] 13:8
**uses** [1] 39:20
**using** [1] 67:19

**V**

**valid** [1] 8:8
**validly** [1] 78:21
**Valley** [2] 21:22,25
**values** [1] 65:22
**variant** [1] 15:23
**variety** [1] 67:1
**vast** [5] 3:19,20 25:19,20 29:14
**vehement** [1] 16:2
**versus** [2] 3:6 74:8
**vet** [1] 3:17
**veto** [1] 45:10
**vetting** [18] 5:14,15 7:13,13 39:11, 15 42:25 46:9 48:15,18 57:18,24 58:17 59:5 68:15 78:15,18,22
**videos** [1] 62:14
**view** [2] 28:6 54:21
**viewing** [1] 62:1
**views** [1] 46:5
**vindicate** [1] 51:8
**violated** [1] 59:16
**violates** [2] 39:5 61:4
**virtually** [1] 5:3
**virulent** [3] 18:16 19:3 62:13
**virus** [1] 58:8
**visa** [16] 5:10 7:2,5 8:9,9 36:22 55:21,22 56:5,10 59:5 60:6 76:5,6 78:21 79:18
**visa-processing** [1] 58:9
**visas** [9] 49:5 59:19,20,23 80:11, 21 81:7,8,11
**visit** [1] 31:18
**visited** [1] 5:21
**vituperative** [1] 28:18
**vote** [1] 18:16

**W**

**Waiver** [25] 7:2,5 11:20 33:22 34:1 37:8,25 38:6,6,6,6 56:5,10 59:5 72:10,15 76:1,2,3,6,19,20 77:4,7 79:14,17
**waivers** [6] 5:11 30:25 36:13 72:18 73:1 79:20
**wanted** [1] 69:16
**wants** [3] 23:18,20 72:13
**war** [1] 17:20
**Washington** [3] 1:11,20,22
**wavelength** [1] 34:9
**way** [12] 12:20 13:5 18:16,17 23:9 24:5 26:13 43:10 44:24 47:5 67:15 81:6
**ways** [1] 15:14
**weak** [1] 72:22
**weapons** [1] 40:10
**website** [1] 76:2
**Wednesday** [1] 1:12
**week** [3] 23:6 41:3,3
**whatever** [6] 14:16 23:19 24:7 27:7 28:21 29:1
**whenever** [1] 44:10
**Whereupon** [1] 82:6
**whether** [15] 7:6 8:16 14:4 15:8,9 28:4 40:18 47:23 57:1 62:19 76:7

**78**:18 **80**:12
**who's** [2] 52:5 70:2
**whole** [3] 7:13 69:22 77:24
**wide** [5] 49:18 57:5,8 63:3 67:1
**will** [3] 38:19 42:14 46:24
**Williamson** [1] 54:24
**willing** [3] 19:8,11 52:22
**window** [3] 35:9,21 79:10
**wiped** [1] 58:8
**within** [8] 4:4 13:13 32:6,18 34:13 38:15 43:25 76:15
**without** [3] 64:9 68:19 70:13
**wonder** [1] 14:17
**word** [2] 10:23 31:7
**words** [2] 14:9 41:6
**work** [2] 52:9,11
**working** [1] 65:17
**works** [2] 8:7 76:1
**world** [19] 3:20,21 7:4,10 15:4,5,6 19:25 25:17,19,20 26:10 29:15,23, 25 48:8 64:12 73:20 81:24
**world's** [1] 64:17
**worldwide** [6] 3:12 15:1 19:21 29:22 57:14 68:15
**worrisome** [1] 4:9
**worry** [1] 30:10
**wrecking** [2] 50:18 74:25
**written** [1] 38:14

**Y**

**yea** [1] 4:16
**years** [2] 48:13 53:10
**Yemen** [2] 36:4 52:5
**Youngstown** [2] 41:13 59:14
**yourself** [1] 66:12

**Z**

**zero** [3] 53:13 56:6 60:10