# Exhibit 23

TV NETS　RADIO　　　　　　　　　　　　　MYC-SPAN LOGIN

*Created by Cable*

**DECEMBER 8, 2017**　　　　　　　　　　　　Report Video Issue

## Oral Argument on Revised Travel Ban

The Fourth Circuit Court of Appeals heard oral argument for *International Refugee Assistance Project v. Trump*. The court was to decide the…
read more



*Transcript type*

Text

*Filter by Speaker*

All Speakers

*Search this transcript*

00:00:00　APP. >> AND LIVE TO RICHMOND, VIRGINIA, WHERE THE FOURTH CIRCUIT COURT OF APPEALS HEARS ORAL ARGUMENT IN THE CASE OF INTERNATIONAL REFUGEE ASSISTANCE …

**Show Full Text**

| | |
|---|---|
| 00:00:02 | THIS IS LIVE COVERAGE ON C-SPAN2. THIS WILL BE ON THE ONLY. WE EXPECTED TO GET UNDERWAY IN JUST A MOMENT. >> WE'RE ABOUT TO GET STARTED. THIS IS JUST... |

**Show Full Text**

| | |
|---|---|
| 00:00:30 | CONVERSATIONS] [INAUDIBLE CONVERSATIONS] UNITED STATES COURT OF APPEALS, ALL PERSONS BEFORE THE UNITED STATES STATES-- [INAUDIBLE] >> |
| 00:02:25 | MAY IT PLEASE |

*This transcript was compiled from uncorrected Closed Captioning.

## PEOPLE IN THIS VIDEO



**G. Steven Agee**
Judge
U.S. Court of Appeals->Fourth Circuit



**Albert Diaz**
Judge
U.S. Court of Appeals->Fourth Circuit

**More People**

## HOSTING ORGANIZATION

**U.S. Court of Appeals | Fourth Circuit**

**More information about**
*Oral Argument on Revised Travel Ban*