## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Jaclyn E. Martínez Resly

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5528
jmartinezresly@cov.com

**By ECF**

February 26, 2019

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

Re:  **Brennan Center for Justice at New York University School of Law v. United States Department of State, No. 17 Civ. 7520 (PGG)**

Dear Judge Gardephe:

I have appeared pro hac vice as counsel for Plaintiff Brennan Center for Justice at New York University School of Law in the above-captioned matter. As of March 2, 2019, I will no longer be employed at the law firm Covington & Burling LLP. I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this matter.

My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Other attorneys from Covington & Burling LLP and attorneys from Muslim Advocates and Americans United for Separation of Church and State have appeared in this matter and will continue to represent Plaintiff's interests.

Respectfully submitted,

Jaclyn E. Martínez Resly

cc:   Counsel of Record (via ECF)