

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 15, 2019

**By ECF and Hand Delivery**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Brennan Center for Justice v. U.S. Dep't of State*, 17 Civ. 7520 (PGG)

Dear Judge Gardephe:

    This Office represents defendant the United States Department of State in the above-referenced Freedom of Information Act ("FOIA") matter. Pursuant to the Court's order dated April 1, 2019 (ECF No. 71), we are respectfully submitting redacted and un-redacted versions of the following five records for the Court's *ex parte*, *in camera* review:

- "20-day Report to the President on Section 2(b) of Executive Order 13780: Protecting the Nation from Foreign Terrorist Entry in the United States," dated July 9, 2017 (the "Report");
- Attachment A to the Report;
- Attachment B to the Report;
- Memorandum from the Acting Secretary of the Department of Homeland Security to the President concerning Section 2(e) of Executive Order 13780, dated Sept. 14, 2017 (the "Memorandum"); and
- Attachment A to the Memorandum.

Because these records contain classified material, they have been lodged for secure storage and secure transmission to the Court with Classified Information Security Officers Dan Hartenstine and Matt Mullery of the United States Department of Justice Litigation Security Group.

Thank you for your consideration of this matter.

                                          Respectfully,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                    By:     _s/Christopher Connolly_____
                                          CHRISTOPHER CONNOLLY
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-2761
                                          Facsimile: (212) 637-2786
                                          Email: christopher.connolly@usdoj.gov

cc:      Plaintiff's counsel (by ECF)