**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Neil K. Roman

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5695
nroman@cov.com

**By ECF**                                                                                  July 30, 2020

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Brennan Center for Justice at New York University School of Law v. United States Department of State*, 17 Civ. 7520 (PGG)

Dear Judge Gardephe,

We write on behalf of Plaintiff Brennan Center for Justice at New York University School of Law in the above-captioned Freedom of Information Act litigation.

Pursuant to the Court's April 1, 2019 Order (ECF No. 71), Defendant produced the following five records for the Court's *ex parte, in camera* review on April 15, 2019 (*see* ECF No. 74):

- "20-day Report to the President on Section 2(b) of Executive Order 13780: Protecting the Nation from Foreign Terrorist Entry in the United States," dated July 9, 2017 (the "Report");
- Attachment A to the Report;
- Attachment B to the Report;
- Memorandum from the Acting Secretary of the Department of Homeland Security to the President concerning Section 2(e) of Executive Order 13780, dated Sept. 14, 2017 (the "Memorandum"); and
- Attachment A to the Memorandum.

With respect, we write to note that, as the Court has recognized, FOIA cases are by statute entitled to expedition. *See* 28 U.S.C. § 1657(a); ECF No. 30; *Elec. Privacy Info. Ctr. v. Dep't of Justice,* 416 F. Supp. 2d 30, 38-39 (D.D.C 2006). Moreover, as we have explained in our motion for summary judgment, ECF 49 at 2, the subject matter of this FOIA suit is of particularly great public interest and importance. Accordingly, and cognizant of the Court's full docket, we respectfully request that the Court proceed with this case as soon as possible, consistent with the Court's other responsibilities. We thank the Court for its consideration of this matter.

**COVINGTON**

The Honorable Paul G. Gardephe
July 30, 2020
Page 2

                        Sincerely,

                        s/Neil K. Roman
                        Neil K. Roman
                        COVINGTON & BURLING LLP
                        One City Center
                        850 Tenth Street, NW
                        Washington, DC 20001-4956
                        (202) 662-5695
                        nroman@cov.com

                        *Attorney for Plaintiff Brennan Center for Justice at New York University School of Law*

cc:     Counsel of Record (by ECF)