UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,

               Plaintiff,

   - against -

UNITED STATES DEPARTMENT OF STATE,

               Defendant.

**ORDER**

17 Civ. 7520 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will conduct a conference in this matter on **Thursday, September 8, 2022 at 9:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge