UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,<br><br>     Plaintiff,<br><br>  - against -<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>     Defendant. | **ORDER**<br><br>17 Civ. 7520 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

  The conference currently scheduled for September 8, 2022 will instead take place on **Friday, September 16, 2022 at 9:30 a.m.**

Dated: New York, New York
    September 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge