UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,<br><br>                    Plaintiff,<br><br>          - against -<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                   Defendant. | **ORDER**<br><br>17 Civ. 7520 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for September 16, 2022 will instead take place on **Tuesday, September 20, 2022 at 10:15 a.m.**

Dated: New York, New York
       September 13, 2022

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge