**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
T  +1 202 662 6000

**Via ECF**                                                                                                                September 15, 2022

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   ***Brennan Center for Justice at New York University School of
      Law v. United States Department of State***, 17 Civ. 7520 (PGG)

Dear Judge Gardephe:

I am lead counsel for Plaintiff Brennan Center for Justice at New York University School of Law ("Brennan Center") in the above-captioned Freedom of Information Act litigation.

On September 13, the Court reset the conference in this case from September 16 to September 20.  Due to a conflicting professional obligation, explained in further detail below, I respectfully request that the conference be rescheduled for one of the following dates:  Friday, September 23, Wednesday, September 28, or Thursday, September 29.  I have spoken with counsel for the defendant, AUSA Christopher Connolly, and he consents to the continuance and is available on the suggested dates.  In the alternative, if the Court is willing to conduct the conference by teleconference or a video conference, I could appear at the time currently scheduled on September 20 (or any other time on the 20th before 3 pm), or on the following additional dates on which both Mr. Connolly and I are available: all the above-listed dates; Wednesday, September 21; before noon on Thursday, September 22; after 3 pm on Monday, September 26; or before 3 pm on Tuesday, September 27.

The conflict arises from my representation of a lawyer who is charged by District of Columbia Disciplinary Counsel with violations of D.C. Rules of Professional Conduct.  The matter is now before the D. C. Board on Professional Responsibility, which several months ago scheduled oral argument for September 22.  I believe that my preparation for the argument, which will require most of my attention in the days immediately preceding September 22, would be substantially impaired by devoting the time required to make a trip to New York for a conference on the 20th.  I hope that the several alternatives that Mr. Connolly and I have offered will make it possible to reschedule the conference.

Thank you for your consideration of this matter.

**COVINGTON**

The Honorable Paul G. Gardephe
September 15, 2022
Page 2

                                         Sincerely,

                                         */s/ Mark H. Lynch*
                                        Mark H. Lynch
                                        Covington & Burling LLP
                                        One City Center
                                        850 Tenth Street, NW
                                        Washington, DC 20001-4956
                                        (202) 662-5544
                                        mlynch@cov.com
                                        *Attorney for Plaintiff Brennan*
                                        *Center for Justice at New York*
                                        *University School of Law*

cc:  Counsel of Record (by ECF)