UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW, | |
| Plaintiff, | **ORDER** |
| - against - | 17 Civ. 7520 (PGG) |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for September 21, 2022 is adjourned <u>sine die</u>.

Dated: New York, New York
       September 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge