**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Neil K. Roman

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5695
nroman@cov.com

February 20, 2025

By ECF
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> *Re: Brennan Center for Justice at New York University School of Law v. United States Department of State, 17 Civ. 7520 (PGG)*

Dear Judge Gardephe,

      We represent Plaintiff Brennan Center for Justice at New York University School of Law in the above-captioned Freedom of Information Act litigation.

      We make this motion for the Court to review the documents submitted by Defendant for the Court's *ex parte, in camera* review on April 15, 2019 (*see* ECF 74) pursuant to the Court's April 1, 2019 Order (ECF 71). The four records to be reviewed are:

- Attachment A to the 20-day Report to the President on Section 2(b) of Executive Order 13780: Protecting the Nation from Foreign Terrorist Entry in the United States, dated July 9, 2017 (the "Report")[1];
- Attachment B to the Report;
- Memorandum from the Acting Secretary of the Department of Homeland Security to the President concerning Section 2(e) of Executive Order 13780, dated Sept. 15, 2017 (the "Memorandum"); and
- Attachment A to the Memorandum.

      We respectfully note that, as the Court has recognized, FOIA cases are by statute entitled to expedition. *See* 28 U.S.C. § 1657(a); ECF 30, *reported at* 300 F. Supp.3d 540 (S.D.N.Y 2018); *Elec. Privacy Info. Ctr. v. Dep't of Justice,* 416 F. Supp. 2d 30, 38-39 (D.D.C 2006). Moreover, as we have explained in our memorandum of law supporting our motion for summary judgment, ECF 49 at 2, the subject matter of this FOIA suit is of particularly great public interest and importance.

---

[1] Plaintiff originally sought production of a fifth document, the Report itself, but the government has since produced the Report as part of a settlement of another litigation.

Covington & Burling LLP

The Honorable Paul G. Gardephe
February 20, 2025
Page 2

      Accordingly, and cognizant of the Court's full docket, we respectfully request that the Court proceed with this case as soon as possible, consistent with the Court's other responsibilities.

      We thank the Court for its consideration of this matter.

      Sincerely,

*/s/ Neil K. Roman*
Neil K. Roman
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5135
nroman@cov.com

*Attorney for Plaintiff Brennan Center for Justice at New York University School of Law*

cc: Counsel of Record (by ECF)