# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BRENNAN CENTER FOR JUSTICE AT
NEW YORK UNIVERSITY SCHOOL OF
LAW,

                Plaintiff,                          17 **CIVIL** 7520 (PGG)

      -against-                             **JUDGMENT**

UNITED STATES DEPARTMENT OF
STATE,

                Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2025, Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment are each granted in part and denied in part; accordingly, the case is closed.

**Dated:** New York, New York

      March 11, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                           **BY:**

                                                **Deputy Clerk**