UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Case No. 17 Civ. 7520 (PGG) |

**ORDER EXTENDING TIME FOR FILING MOTION FOR ATTORNEYS' FEES AND EXPENSES AND NOTICE OF TAXATION OF COSTS**

Upon consideration of Plaintiff's Unopposed Letter-Motion to Extend Time for Filing Motion for Attorneys' Fees and Expenses and Notice of Taxation of Costs, it is hereby ORDERED that any motion by Plaintiff for attorneys' fees and expenses and any notice by Plaintiff of taxation of costs is due 45 days after receipt by this Court of the mandate of the Court of Appeals in any appeal, or 45 days after the date on which the time to appeal has expired if no appeal is taken.

Dated: March 20, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge