**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Neil K. Roman

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5695
nroman@cov.com

By ECF

June 23, 2025

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Brennan Center for Justice at New York University School of
       Law v. United States Department of State, 17 Civ. 7520 (PGG)

Dear Judge Gardephe:

We represent Plaintiff Brennan Center for Justice at New York University School of Law in the above-captioned Freedom of Information Act litigation and make this consent motion to further extend the time for filing a motion for attorneys' fees and expenses and notice of taxation of costs.

On March 10, 2025, the Court granted in part and denied in part cross-motions for summary judgment in this Freedom of Information Act (FOIA) case.  Order, Mar. 10, 2025, ECF No. 100.  Specifically, the Court ruled that (1) three pages of one of the withheld documents must be disclosed and (2) the balance of the disputed documents are not subject to disclosure.  *Id.* at 24.  The following day, the Court issued a final judgment.  Judgment, ECF No. 101.  On March 13, 2025, Defendant's counsel requested a stay of the disclosure until May 12, 2025, to allow time for the government decide whether to take an appeal.  Gov't Letter, Mar. 13, 2025, ECF No. 102.  Plaintiff objected to such a lengthy stay.  *Id.* at 4.  On the same day, the Court stayed its disclosure Order until April 10, 2025.  Order, Mar. 13, 2025, ECF No. 103.

On March 20, the Court granted Plaintiff's unopposed letter motion to extend the time for moving for attorney's fees and expenses until 45 days after receipt by the Court of the mandate of the Court of Appeals in any appeal or 45 days after the date on which the time to appeal has expired if no appeal is taken.  Order, Mar. 20, 2025, ECF 105.  On April 9, the government informed the Court that the government had determined not to appeal.  Gov't Letter, Apr. 9, 2025, ECF 106.  Because the time for appeal expired on May 12, a motion for attorney's fees is due this week.

On June 21, 2025, Plaintiff presented a request for attorneys fees and costs to Defendant's counsel.  On June 23, counsel for the parties conferred and agreed to an extension of

**COVINGTON**

The Honorable Paul G. Gardephe
June 23, 2025
Page 2

an additional 60 days to attempt to reach an agreement on the issue of fees and costs without the need for further motions practice. Accordingly, Plaintiff requests an order extending the deadline for Plaintiff to file a motion for attorneys' fees and expenses—as well as to file a notice of taxation of costs—until August 26, 2025. A proposed order is attached.

**MEMO ENDORSED:**

The deadline for Plaintiff to file a motion for attorneys' fees and expenses is extended to July 25, 2025.

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

Date: June 24, 2025

cc: Counsel of Record (by ECF)

Sincerely,

*/s/ Neil K. Roman*
Neil K. Roman
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5135
nroman@cov.com

*Attorney for Plaintiff Brennan Center for Justice at New York University School of Law*