**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Neil K. Roman

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5695
nroman@cov.com

**BY ECF**                                                                                                        July 21, 2025

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Brennan Center for Justice at New York University School of
       Law v. United States Department of State, 17 Civ. 7520 (PGG)

Dear Judge Gardephe:

  We represent Plaintiff Brennan Center for Justice at New York University School of Law in the above-captioned Freedom of Information Act litigation and make this consent motion to further extend the time for filing a motion for attorneys' fees and expenses.

  On March 10, 2025, the Court granted in part and denied in part cross-motions for summary judgment.  Order, Mar. 10, 2025, ECF No. 100.  Specifically, the Court ruled that (1) three pages of one of the withheld documents must be disclosed and (2) the balance of the disputed documents are not subject to disclosure.  *Id.* at 24.  The following day, the Court issued a final judgment.  Judgment, ECF No. 101.  On March 13, 2025, Defendant's counsel requested a stay of the disclosure until May 12, 2025, to allow time for the government to decide whether to take an appeal.  Gov't Letter, Mar. 13, 2025, ECF No. 102.  Plaintiff objected to such a lengthy stay.  *Id.* at 4.  On the same day, the Court stayed its disclosure Order until April 10, 2025.  Order, Mar. 13, 2025, ECF No. 103.

  On March 20, the Court granted Plaintiff's unopposed letter motion to extend the time for moving for attorneys' fees and expenses until 45 days after receipt by the Court of the mandate of the Court of Appeals in any appeal or 45 days after the date on which the time to appeal has expired if no appeal is taken.  Order, Mar. 20, 2025, ECF 105.  On April 9, the government informed the Court that the government had determined not to appeal.  Gov't Letter, Apr. 9, 2025, ECF 106.  On June 24, 2025, the Court extended the time for Plaintiff to file a motion for attorneys' fees and costs to July 25, 2025.  Order, June 24, 2025, ECF 108.

  On June 21, 2025, Plaintiff sent Defendant a settlement proposal concerning attorneys' fees and costs.  The parties have continued to meet and confer.  Counsel for Defendant has

COVINGTON

The Honorable Paul G. Gardephe
July 21, 2025
Page 2

represented that Defendant intends to make a counter-proposal on attorneys' fees and costs, but needs additional time to obtain approval for the amount of the counter-proposal. Accordingly, Plaintiff requests an order extending the deadline for Plaintiff to file a motion for attorneys' fees and expenses for an additional 30 days, *i.e.*, to August 25, 2025, in order to allow the parties to attempt to resolve the issue of fees and costs without the Court's intervention. Defendant consents to this extension.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: July 22, 2025

Sincerely,

*/s/ Neil K. Roman*
Neil K. Roman
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5135
nroman@cov.com

*Attorney for Plaintiff Brennan Center for Justice at New York University School of Law*

cc: Counsel of Record (by ECF)